# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| In re: | : | Chapter 11 |
|---|---|---|
| | : | |
| Srinath Dharmapadam, | : | Case No. 4:23-bk-00487-MJC |
| Purvi Srinath Dharmapadam | : | |
| a/k/a Purvi P. Tijoriwala, | : | |
| Debtors. | : | |

## ORDER SETTING BAR DATE

Upon consideration of the Motion of Debtors to fix a bar date for the filing of proofs of claim, Dkt. # 21 ("Motion"), and appearing that such Motion is necessary for the administration of the Debtors' estate, it is

**HEREBY ORDERED** as follows:

1. The Motion is granted and approved.

2. Pursuant to Fed. R. Bankr. P. 3003(c)(3), all persons and entities, including, without limitation all individuals, estates, trusts, and government units (collectively, "Creditors"), holding or wishing to assert a claim (secured or unsecured) as such term is defined in § 101(5) of the United States Bankruptcy Code, 11 U.S.C. §§ 101 et seq., that arose against Srinath Dharmapadam and Purvi Srinath Dharmapadam a/k/a Purvi P. Tijoriwala ("Debtors") on or before March 8, 2023 ("Petition Date"), are required to file, on or before May 1, 2023 ("Bar Date"), a completed and executed proof of claim form conforming substantially to Official Bankruptcy Form No. 410 available at http://www.uscourts.gov/sites/default/files/form_b_410_16.pdf.

1

3. The Notice of Bar Date ("Bar Date Notice") shall be served within three (3) days of the date of entry of this Order upon:

   a. The Office of the United States Trustee;

   b. All state and government authorities having jurisdiction over the Debtors;

   c. All persons known to the Debtors as the holder of a claim;

   d. All persons and entities requesting notice pursuant to Bankruptcy Rule 2002 as of the date of this Order;

   e. All persons and entities that have filed claims;

   f. All parties to executory contracts, unexpired leases and rejected leases of the Debtors; and

   g. All parties to litigation with the Debtors.

4. In the event that the Debtors amend or supplement the Bankruptcy Schedules filed in this case, the Debtors shall give notice to the holders of all such claims affected thereby, and such affected holders of claims shall be afforded thirty (30) days from the date of such notice to file proofs of claim in respect to their claims or be barred from doing so, and shall be given notice of such deadline.

5. All holders of claims that fail to comply with this Order or with the provisions of Fed. R. Bankr. P. 3003(c) as to the filing of or allowance of claims shall not be treated as a creditor with respect to such claim for purposes of voting on any Plan of Reorganization or receiving distributions from the Debtors' estate.

6. Nothing contained herein shall affect the right of the Debtors to seek a further Order fixing the bar date as to any other claims or holders of interest which are not affected by this Order, including but not limited to, administrative creditors.

7. All original proofs of claim, to be timely filed, must actually be received on or before the Bar Date at the following address:

Office of the Clerk of Bankruptcy Court
Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA 18701

8. The Debtor must file a certificate of service within three (3) days of the date hereof.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: March 27, 2023