IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| Srinath Dharmapadam | : | Case No.: 4:23-bk-00487 |
| Purvi Srinath Dharmapadam | : | |
| | : | |
| Debtors | : | Chapter 11 |

AMENDMENT TO SCHEDULE B

Please add the following Personal Property to Schedule B:

| Personal Property | Value |
|---|---|
| SECU - checking (Debtor 1 only) | $492.64 |
| SECU – savings (Debtor 1 only) | $153.02 |

Dated: 04 / 24 / 2023

_____
Srinath Dharmapadam, Debtor

Dated: 04 / 24 / 2023

_____
Purvi Srinath Dharmapadam, Debtor

# CERTIFICATE OF SERVICE

I, Bernadette A. Davis, Paralegal, hereby certify that I have served a copy of the AMENDMENT TO SCHEDULE B on the following person(s) by E-Service addressed to:

LISA ANN RYNARD ESQUIRE
CHAPTER 11 TRUSTEE
VIA E-SERVICE

                    IMBLUM LAW OFFICES, P.C.

Dated: April 24, 2023              **/s/ Bernadette A. Davis**
                                                      Bernadette, Paralegal
                                                      4615 Derry Street
                                                      Harrisburg, PA 17111
                                                      717 238-5250
                                                      Fax No. 717 558-8990
                                                      Gary.imblum@imblumlaw.com
                                                      For Debtor