IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
SRINATH DHARMAPADAM : CASE NO. 4:23-bk-00487-MJC
PURVI DHARMAPADAM :
aka PURVI P. TIJORIWALA :
    Debtors : CHAPTER 11

## REPORT OF DEBTORS' EFFORTS TO OBTAIN A CONSEQUENTIAL PLAN OF REORGANIZATION

AND NOW, come Debtors, Srinath Dharmapadam and Purvi Dharmapadam, by and through their attorneys, Imblum Law Offices, P.C., and pursuant to 11 U.S. C §1188(c) and respectfully represents:

1. Debtors filed a Sub Chapter V Bankruptcy filing to the above term and number on March 8, 2023.

2. The reason for the filing of the bankruptcy was the failure of businesses owned by the Debtors.

3. Debtors' bankruptcy Plan will be an asset driven Plan.

4. Debtors are trying to secure employment sufficient to fund their bankruptcy Plan. To date, Debtor husband has secured an independent contractor position for $60,000.00 per year.

5. Debtors need to obtain additional employment sufficient to fund the Plan before Debtors can engage in meaningful conversation with the creditors to obtain a consequential Plan of Reorganization. Discussions will commence once Debtors obtain sufficient employment.

[Remainder of page intentionally left blank]

**WHEREFORE**, Movant hereby requests that this Honorable Court issue an Order approving Report of Debtors' Efforts to Obtain a Consequential Plan of Reorganization.

Respectfully submitted,

IMBLUM LAW OFFICES, P.C.

Gary J. Imblum
Attorney I.D. No. 42606
4615 Derry Street
Harrisburg, PA 17111
(717) 238-5250
Fax No. (717) 558-8990
Email: gary.imblum@imblumlaw.com
Attorney for Debtors

DATE: 4/24/23

## CERTIFICATE OF SERVICE

I, Carol V. Shay, Paralegal, hereby certify that the Report of Debtors' Efforts to Obtain a Consequential Plan of Reorganization was served a copy of the foregoing to the following by E-Service or by First Class Mail, postage prepaid:

U.S. Trustee's Office
Via E-Service

Lisa Ann Rynard, Esquire
Sub Chapter V Trustee
Via E-Service

IMBLUM LAW OFFICES, P.C.

*Carol V. Shay*
Carol V. Shay, Paralegal
4615 Derry Street
Harrisburg, PA 17111
(717) 238-5250
Fax No. (717) 558-8990
For Debtors

Dated: 4/24/23