# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Srinath Dharmapadam<br>Purvi Srinath Dharmapadam a/k/a Purvi P. Tijoriwala<br>Debtor(s) | BK NO. 23-00487 MJC<br><br>Chapter 11 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of PHH MORTGAGE CORPORATION and index same on the master mailing list.

Respectfully submitted,

/s/ Brian C. Nicholas (Atty ID: 317240)
Brian Nicholas
26 Apr 2023, 16:00:05, EDT

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322