IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Srinath Dharmapadam, | : | Case No. 4:23-bk-00487-MJC |
| Purvi Srinath Dharmapadam, | : | |
| a/k/a Purvi P. Tijoriwala, | : | |
| | : | |
| Debtors. | : | |
| | : | |

## **ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of WEST TOWN BANK & TRUST and index the same on the master mailing list.

    Respectfully submitted,

*/s/ John W. Lhota*
John W. Lhota, Esquire
I.D. No. PA 319466

MILLER, KISTLER & CAMPBELL
720 South Atherton Street, Suite 201
State College, PA 16801
(814) 234-1500 TEL
(814) 234-1549 FAX
jlhota@mkclaw.com

Dated: June 14, 2023