**Fill in this information to identify the case:**

Debtor Name: Srinath Dharmapadam & Purvi Dharmapadam

United States Bankruptcy Court for the: Middle District of Pennsylvania

Case number: 4:23-bk-00487

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11     12/17

Month: May 2023

Date report filed: 06/20/2023 (MM / DD / YYYY)

Line of business: Independent Contractor

NAISC code: _____

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: Srinath Dharmapadam

Original signature of responsible party: /s/

Printed name of responsible party: Srinath Dharmapadam

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

**If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Official Form 425C     Monthly Operating Report for Small Business Under Chapter 11     page 1

Case 4:23-bk-00487-MJC   Doc 46   Filed 06/20/23   Entered 06/20/23 16:28:02   Desc
Main Document   Page 1 of 9   DocID: fe9826f0f8048954835a7d3b9aa4e37c3ce5dc4d

Debtor Name  Srinath Dharmapadam & Purvi Dharmapadam     Case number 4:23-bk-00487

17. Have you paid any bills you owed before you filed bankruptcy? ☐ ☑ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ 15606.70

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.  $ 4680.40

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.  − $ 2679.69

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ 2000.71

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

    = $ 17607.41

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**   $ 0.00

    *(Exhibit E)*

Official Form 425C    Monthly Operating Report for Small Business Under Chapter 11    page 2

Case 4:23-bk-00487-MJC    Doc 46    Filed 06/20/23    Entered 06/20/23 16:28:02    Desc
Main Document    Page 2 of 9    Doc ID: fe9826f0f8048954835a7d3b9aa4e37c3ce5dc4d

Debtor Name  Srinath Dharmapadam & Purvi Dharmapadam    Case number 4:23-bk-00487

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**   $ _____ 0.00

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?   0
27. What is the number of employees as of the date of this monthly report?   0

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?   $ _____ 0.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ _____ 0.00
30. How much have you paid this month in other professional fees?   $ _____ 0.00
31. How much have you paid in total other professional fees since filing the case?   $ _____ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A<br>**Projected**<br>Copy lines 35-37 from the previous month's report. | − | Column B<br>**Actual**<br>Copy lines 20-22 of this report. | = | Column C<br>**Difference**<br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 4615.40 | − | $ 4680.40 | = | $ 65.00 |
| 33. **Cash disbursements** | $ 2600.00 | − | $ 2679.69 | = | $ 79.69 |
| 34. **Net cash flow** | $ 2015.40 | − | $ 2000.71 | = | $ -14.69 |

35. Total projected cash receipts for the next month:   $ 4615.40
36. Total projected cash disbursements for the next month:   − $ 10600.00
37. Total projected net cash flow for the next month:   = $ -5984.60

Official Form 425C    **Monthly Operating Report for Small Business Under Chapter 11**    page **3**

Case 4:23-bk-00487-MJC   Doc 46   Filed 06/20/23   Entered 06/20/23 16:28:02   Desc
Main Document    Page 3 of 9   DocID: fe9826f0f8048954835a7d3b9aa4e37c3ce5dc4d

# 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

- [ ] 39. Bank reconciliation reports for each account.

- [ ] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

- [ ] 41. Budget, projection, or forecast reports.

- [ ] 42. Project, job costing, or work-in-progress reports.

Official Form 425C    **Monthly Operating Report for Small Business Under Chapter 11**    page **4**

Case 4:23-bk-00487-MJC   Doc 46   Filed 06/20/23   Entered 06/20/23 16:28:02   Desc
Main Document      Page 4 of 9   Doc ID: fe9826f0f8048954835a7d3b9aa4e37c3ce5dc4d

**Exhibit C to Form 425C**     Srinath Dharmapadam &
                                Purvi Dharmapadam
**Month & Year**              May-23 **Case No.: 23-00487**

| Date Received | Amount Received | | Remarks | |
|---|---:|---|---|---|
| 5-May-23 | $ | 1,153.85 | 1099 Payment | |
| 12-May-23 | $ | 1,153.85 | 1099 Payment | |
| 19-May-23 | $ | 1,153.85 | 1099 Payment | |
| 26-May-23 | $ | 1,153.85 | 1099 Payment | |
| 22-May-23 | $ | 65.00 | Insurance Refund | |
| 31-May-23 | $ | 4,926.86 | Previous M&T Acct. Closed | Note 1 |
| 31-May-23 | $ | 1,574.45 | Previous M&T Acct. Closed | Note 1 |

**Total Receipts**     $     **11,181.71**

| Note 1 | This was the amount disallowed from the previous M&T Savings & Checking Account kept as cash now deposited in the DIP Account |
|---|---|
| Note 2 | In June 2023 we paid 2022 Self Employed Taxes to IRS of 5,000 $ and advance tax to IRS of $3,000 for 2023. MD state taxes are still due to be paid. |

| | | |
|---|---:|---:|
| Total Receipts shown above | | $11,181.71 |
| Less: Money shown in Opening Balance as cash now deposited (Please see statement above) | $4,926.86 + $1,574.45 --------------- | $ 6,501.31 |
| Balance reported in Form 425C | | $ 4,680.40 |

The above two amounts were indeed reported in the month of March 2023 as balance on hand but held as cash. Now the cash has been deposited in the bank. Therefore, if we take this deposited as cash receipts, we would be double counting the same amount. Hence to compute the current month's receipts, this amount has been deducted.

# Purvi & Srinath Chapter 11 Accounting
## Exhibit D Form 425 C Case No. 23-00487
### May 2023

| Type | Date | Num | Account | Amount |
|---|---|---|---|---|
| **Amazon** | | | | |
| Bill | 05/01/2023 | | Pet Expense | 37.09 |
| Bill | 05/20/2023 | | Toiletries & Cosmetics | 50.79 |
| Bill | 05/28/2023 | | Pet Expense | 52.34 |
| Total Amazon | | | | 140.22 |
| **CVS** | | | | |
| Bill | 05/28/2023 | | Health care | 3.08 |
| Total CVS | | | | 3.08 |
| **Drive EZMD** | | | | |
| Bill | 05/08/2023 | | Travel Expenses | 25.00 |
| Total Drive EZMD | | | | 25.00 |
| **First Energy** | | | | |
| Bill | 05/30/2023 | 0418-0512-23 | Electric | 45.32 |
| Total First Energy | | | | 45.32 |
| **Hagerstown City Water** | | | | |
| Bill | 05/18/2023 | | Water | 254.75 |
| Total Hagerstown City Water | | | | 254.75 |
| **Loft Card** | | | | |
| Bill | 05/01/2023 | CVS | Health care | 4.76 |
| Bill | 05/07/2023 | ACC Assure | Misc | 1.35 |
| Bill | 05/12/2023 | SW flight | Travel Expenses | 11.20 |
| Bill | 05/14/2023 | Jackson Co. | Misc | 18.50 |
| Bill | 05/19/2023 | Sunoco | Gas for Car & Maintenance | 14.99 |
| Bill | 05/19/2023 | Grease Monkey | Gas for Car & Maintenance | 246.99 |
| Bill | 05/24/2023 | UPS | Postage | 18.35 |
| Total Loft Card | | | | 316.14 |
| **Long Meadow Vet** | | | | |

## Purvi & Srinath Chapter 11 Accounting
### Exhibit D Form 425 C Case No. 23-00487
#### May 2023

| Type | Date | Num | Account | Amount |
|---|---|---|---|---|
| Bill | 05/01/2023 | | Pet Expense | 124.78 |
| Total Long Meadow Vet | | | | 124.78 |
| **Lowes** | | | | |
| Bill | 05/18/2023 | | Gardening | 0.00 |
| Total Lowes | | | | 0.00 |
| **Martins** | | | | |
| Bill | 05/19/2023 | | Groceries | 12.17 |
| Bill | 05/21/2023 | | Groceries | 5.84 |
| Total Martins | | | | 18.01 |
| **Olive Garden** | | | | |
| Bill | 05/03/2023 | | Meals and Entertainment | 53.77 |
| Total Olive Garden | | | | 53.77 |
| **SamsClub** | | | | |
| Bill | 05/04/2023 | Fuel | Gas for Car & Maintenance | 49.11 |
| Bill | 05/07/2023 | | Gas for Car & Maintenance | 23.09 |
| Bill | 05/07/2023 | | Health care | 67.82 |
| Bill | 05/07/2023 | | Groceries | 36.52 |
| Bill | 05/07/2023 | 98.57-7.98 | Health care | 63.96 |
| Bill | 05/07/2023 | 98.57-7.98 | Groceries | -7.98 |
| Bill | 05/07/2023 | 98.57-7.98 | Groceries | 34.61 |
| Bill | 05/07/2023 | Fuel | Gas for Car & Maintenance | 23.09 |
| Bill | 05/14/2023 | | Gas for Car & Maintenance | 20.00 |
| Bill | 05/14/2023 | | Groceries | 34.96 |
| Bill | 05/20/2023 | | Groceries | 35.99 |
| Bill | 05/20/2023 | | Meals and Entertainment | 3.71 |
| Bill | 05/22/2023 | | Gas for Car & Maintenance | 51.24 |
| Bill | 05/28/2023 | | Groceries | 39.49 |
| Bill | 05/28/2023 | | Toiletries & Cosmetics | 35.00 |

# Purvi & Srinath Chapter 11 Accounting
## Exhibit D Form 425 C Case No. 23-00487
### May 2023

| Type | Date | Num | Account | Amount |
|---|---|---|---|---|
| Total SamsClub | | | | 510.61 |
| **Sheetz** | | | | |
| Bill | 05/12/2023 | | Meals and Entertainment | 3.54 |
| Bill | 05/15/2023 | BKING | Meals and Entertainment | 8.97 |
| Total Sheetz | | | | 12.51 |
| **T-Mobile** | | | | |
| Check | 05/05/2023 | | Telephone & Internet | 162.83 |
| Total T-Mobile | | | | 162.83 |
| **Walmart** | | | | |
| Bill | 05/21/2023 | | Pet Expense | 12.67 |
| Total Walmart | | | | 12.67 |
| **TOTAL** | | | | **1,679.69** |

| | |
|---|---|
| Add Mortgage Payment | 1,000.00 |
| Total Cash outflow for May 2023 | $ 2,679.69 |

Strictly Confidential

Doc ID: fe9826f0f8048954835a7d3b9aa4e37c3ce5dc4d



# M&T Bank

Messages (0) | Log Out

Accounts | Payments and Transfers | Services | Settings and Support | Welcome back SRINATH

## MyChoice Plus Checking (2016)
(Nickname)

View Account: MyChoice Plus Checking (2016) | Go

Total Balance: **$7,370.15**
Available Balance: **$7,370.15**

Thank you for banking with M&T.

**My Shortcuts** — Edit
Create shortcuts to your most frequently used online services.
+ Add Shortcuts

---

Recent Activity | Last 7 Years | Account Info

View Alerts | Schedule a Transfer | Pay a Bill

### PENDING
- You currently have no pending transactions

View Scheduled Transfers ($0.00) | View Scheduled Bill Payments ($0.00)

### POSTED

Export Transaction History | View Cleared Checks

Load more transactions (Older) | Date Range (In last 90 days only): 05/01/2023 To 05/31/2023 | Update

| Date | Description | Debit (-) | Credit (+) | Balance |
|---|---|---|---|---|
| 05/31/2023 | DEPOSIT (View) | | $1,574.45 | $15,435.31 |
| 05/31/2023 | DEPOSIT (View) | | $4,926.86 | $13,860.86 |
| 05/26/2023 | B3875 JOBS IN US DIR DEP | | $1,153.85 | $8,934.00 |
| 05/23/2023 | MORTGAGE SERV CT MTG PAYMT | −$1,000.00 | | $7,780.15 |
| 05/22/2023 | COLUMBIA GAS MD SERV PYMT | −$62.35 | | $8,780.15 |
| 05/22/2023 | MOBILE DEPOSIT - XXXXXXXXX3786 (View) | | $65.00 | $8,842.50 |
| 05/19/2023 | B3875 JOBS IN US DIR DEP | | $1,153.85 | $8,777.50 |
| 05/18/2023 | CHECK 0101 (View) | −$254.75 | | $7,623.65 |
| 05/12/2023 | B3875 JOBS IN US DIR DEP | | $1,153.85 | $7,878.40 |
| 05/10/2023 | FIRSTENERGY OPCO ACH | −$27.69 | | $6,724.55 |
| 05/09/2023 | COMENITY PAY SM WEB PYMT | −$1,270.20 | | $6,752.24 |
| 05/05/2023 | B3875 JOBS IN US DIR DEP | | $1,153.85 | $8,022.44 |
| 05/03/2023 | T-MOBILE PCS SVC | −$162.83 | | $6,868.59 |

---

Last login at 11:26 pm ET on Thursday, June 08, 2023

Privacy Notice | Security Assurance | Digital Services Agreement | ESign Agreement | Accessibility | Site Map | mtb.com

  
MEMBER FDIC | Equal Housing Lender NMLS#381076 | Entrust

©2023 M&T Bank. All Rights Reserved.

Help