UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| SRINATH DHARMAPADAM and ) | Bank. No. 23-00487 |
| PURVI SRINATH DHARMAPADAM ) | Chapter 11 subchapter V |
| Debtors. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | Related to Doc. No. 40 |
| Movant, ) | |
| ) | |
| vs. ) | |
| ) | Hearing Date: 07/20/2023 @ 10:00 AM |
| ) | |
| SRINATH DHARMAPADAM and ) | |
| PURVI SRINATH DHARMAPADAM ) | |
| Respondents. ) | |

## CERTIFICATE OF SERVICE BY MAIL

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania, and is a person of such age and discretion as to be competent to serve papers.

That on July 11, 2023, she served copies of the attached:

UNITED STATES OBJECTION TO SMALL BUSINESS DEBTOR'S CHAPTER 11 PLAN OF REORGANIZATION DATED JUNE 5, 2023

by electronic mail to:

| | |
|---|---|
| Gary J. Imblum, Esquire<br>Imblum Law Offices, P.C.<br>4615 Derry Street<br>Harrisburg, PA 17111 | Lisa Ann Rynard<br>US Trustee<br>240 Broad Street<br>Montoursville, PA 17754 |

and by placing said copy in a postage-paid envelope addressed to the persons hereinafter named, at the places and addresses stated below, which is the last known addresses, and by depositing said envelopes and contents in the United States Mail at Harrisburg, Pennsylvania.

Address:

| | |
|---|---|
| Purvi P. Tijoriwala<br>19010 Maple Valley Circle<br>Hagerstown, MD 21742 | Srinath Dharmapadam<br>19010 Maple Valley Circle<br>Hagerstown, MD 21742 |

s/ Bethany Haase
BETHANY HAASE
Paralegal Specialist