## LOCAL BANKRUPTCY FORM 9013-4

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

SRINATH DHARMAPADAM : CHAPTER ___11___
PURVI SRINATH DHARMAPADAM :
aka PURVI P. TIJORIWALA : CASE NO. _4_-_23_-bk-_00487-HWV_
:
:
**Debtor(s)** :
SRINATH DHARMAPADAM : ADVERSARY NO. __-__ ·ap-_____
PURVI SRINATH DHARMAPADAM : (if applicable)
aka PURVI P. TIJORIWALA :
:
:
**Plaintiff(s)/Movant(s)** :
**vs.** : Nature of Proceeding: _____
SUBCHAPTER V TRUSTEE :
WEST TOWN BANK & TRUST : ___Confirmation hearing_____
:
:
:
**Defendant(s)/Respondent(s)** : Document #: _____

### REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE[1]

     This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

     The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.[2]

     Reason for the continuance.

     All parties agree that the objections of the Subchapter V Trustee and West Town Bank & Trust shall be sustained and that an Amended Plan will be filed within 30 days.

     Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated:_____7/18/2023_____

             _____

Attorney for Debtors

Name: Gary J. Imblum, Esquire _____

Phone Number: 717-238-5250 _____

---

[1] No alterations or interlineations of this document are permitted.

[2] If this is not a first request for a continuance, then a Motion to Continue must be filed.