IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>SRINATH DHARMAPADAM,<br><br>PURVI SRINATH DHARMAPADAM<br>aka PURVI P. TIJORIWALA,<br><br>Debtors.<br><br>AMERICAN EXPRESS NATIONAL BANK,<br><br>Movant.<br><br>VS.<br><br>SRINATH DHARMAPADAM<br><br>PURVI SRINATH DHARMAPADAM<br>aka PURVI P. TIJORIWALA,<br><br>Respondents. | CASE NO. 4:23-00487-MJC<br><br>CHAPTER 11 |

## AMENDED
## Certificate of Mailing

The undersigned, Lisa M. Doran, of Doran & Doran, P.C., 69 Public Square, Suite 700, Wilkes-Barre, Pennsylvania 18701 hereby certifies that on July 27, 2023 a copy of the attached Notice was mailed to all parties named on the mailing list attached hereto by regular first class mail.

Dated July 27, 2023

Signed: /s/ *Lisa M. Doran*
Lisa M. Doran, Esquire

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>SRINATH DHARMAPADAM,<br><br>PURVI SRINATH DHARMAPADAM<br>aka PURVI P. TIJORIWALA,<br><br>    Debtors.<br><br>AMERICAN EXPRESS NATIONAL BANK,<br><br>    Movant.<br><br>VS.<br><br>SRINATH DHARMAPADAM<br><br>PURVI SRINATH DHARMAPADAM<br>aka PURVI P. TIJORIWALA,<br><br>    Respondents. | CASE NO. 4:23-00487-MJC<br><br>CHAPTER 11 |

## Notice

**To Creditors and other parties in interest:**

*Notice is hereby given that* American Express National Bank, through its local counsel Doran & Doran, P.C., has filed a *Motion to Extend Claims Deadline*. The Motion seeks to extend the Proof of Claim deadline pursuant to Fed. R. Bankr. P. 3002 as to American Express National Bank to allow Claim # 11 as timely.

If you object to the relief requested, you must file your objection/response on or before **August 10, 2023** with the Clerk of the US Bankruptcy Court, 197 South Main Street, Wilkes-Barre, PA 18701 and serve a copy on the attorneys for the Debtor at the address listed below.

A hearing has been scheduled for August 29, 2023 at the US Bankruptcy Court, 197 South Main Street, Wilkes-Barre, PA 18701 and will be held regardless of any objections or responses having been filed.

                                                    Lisa M. Doran, Esquire
                                                  Doran & Doran, P.C.
                                                  69 Public Square, Suite 700
                                                  Wilkes-Barre, PA 18701

Dated: July 27, 2023

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0314-4<br>Case 4:23-bk-00487-MJC<br>Middle District of Pennsylvania<br>Williamsport<br>Thu Jul 27 14:07:54 EDT 2023 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 | Small Business Administration<br>Parkview tower<br>1150 first Avenue, Suite 1001<br>King of Prussia, PA 19406-1393 |
| United States Trustee<br>228 Walnut Street, Suite 1190<br>Harrisburg, PA 17101-1722 | West Town Bank & Trust<br>8450 Falls Neuse Road<br>Suite 202<br>Raleigh, NC 27615-3549 | U.S. Bankruptcy Court<br>197 S Main St, Wilkes-Barre, Pl<br>1501 N. 6th Street, Harrisburg, |
| Balagan Arumugaswamy<br>12100 Franklin Street<br>Beltsville, MD 20705-1174 | (p)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | (p)COMPTROLLER OF MARYLAND<br>BANKRUPTCY UNIT<br>301 W PRESTON ST ROOM 409<br>BALTIMORE MD 21201-2383 |
| Coploff, Ryan & Houser<br>136 East Water Street<br>P.O. Box 389<br>Lock Haven, PA 17745-0389 | Estya Group, LLC<br>19010 Maple Valley Circle<br>Hagerstown, MD 21742-2210 | Finnegan's Sports Bar, Inc.<br>19010 Maple Valley Circle<br>Hagerstown, MD 21742-2210 |
| Great American Capital Group<br>14209 Carol Way, Suite 101<br>Newark, TX 76071-8932 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o National Bankruptcy Service<br>P.O. Box 9013<br>Addison, Texas 75001-9013 |
| John Caleb Bee, Esquire<br>811 University Drive<br>State College, PA 16801-6624 | Justin Houser, Esquire<br>Coploff, Ryan & Houser<br>136 East Water Street - PO Box 389<br>Lock Haven, PA 17745-0389 | Milesburg Hospitality, LLC<br>19010 Maple Valley Circle<br>Hagerstown, MD 21742-2210 |
| Miller, Kistler & Campbell<br>720 South Atherton Street<br>Suite 201<br>State College, PA 16801-4669 | (p)NAVITAS CREDIT CORP<br>ATTN JOYCE MCKULKA<br>201 EXECUTIVE CENTER DR SUITE 100<br>COLUMBIA SC 29210-8410 | PA Dept of Revenue<br>Attn: Bankruptcy Division<br>Dept 280946<br>Harrisburg, PA 17128-0946 |
| PHH Mortgage<br>Attn: Bankruptcy<br>PO Box 5452<br>Mount Laurel, NJ 08054-5452 | PHH Mortgage Corp<br>c/o Brian C Nicholas Esq<br>BNY Mellon Independence Center<br>701 Market St Ste 5000<br>Philadelphia, PA 19106-1541 | PHH Mortgage Corporation<br>Attn: Bankruptcy Department<br>PO Box 24605<br>West Palm Beach, FL 33416-4605 |
| PHH Mortgage Corporation<br>c/o Jesse A.P. Baker<br>ALDRIDGE PITE, LLP<br>8880 Rio San Diego Drive, Suite 725<br>San Diego, CA 92108-1619 | Small Business Administration<br>United States Government<br>PO Box 3918<br>Portland, OR 97208-3918 | Small Business Administration /<br>660 American Ave, Suite 301<br>King of Prussia, PA 19406-4032 |
| Small Business Administration, An Agency of<br>660 American Avenue, Suite 301<br>King of Prussia, PA 19406-4032 | Sreedhar Nooli<br>20239 Kentucky Oaks Court<br>Ashburn, VA 20147-3167 | Srivigna Management, Inc.<br>19010 Maple Valley Circle<br>Hagerstown MD 21742-2210 |

Sunil Chanchala
11 Danielle Lane
Monroe Township, NJ 08831-5331

Verizon
Verizon Wireless Bk Admin
500 Technology Drive, Suite 550
Weldon Springs, MO 63304-2225

West Town Bank & Trust
7820 West 26th Street
Riverside, IL 60546-1599

West Town Bank & Trust
c/o John W Lhota Esq
720 South Atherton St Ste 201
State College, PA 16801-4669

Gary J Imblum
Imblum Law Offices, P.C.
4615 Derry Street
Harrisburg, PA 17111-2660

Lisa Ann Rynard
Law Office of Lisa A. Rynard
(Trustee)
240 Broad Street
Montoursville, PA 17754-2282

Purvi Srinath Dharmapadam
19010 Maple Valley Circle
Hagerstown, MD 21742-2210

Srinath Dharmapadam
19010 Maple Valley Circle
Hagerstown, MD 21742-2210

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Chase Card Services
Attn: Bankruptcy
PO 15298
Wilmington, DE 19850

Comptroller of Maryland
Revenue Admin Ctr
110 Carroll Street
Annapolis, MD 21411

Navitas Credit Corp.
201 Executive Center Dr. Suite
Columbia, SC 29210

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)PHH Mortgage Corporation

(d)American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

(d)American Express National B:
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

End of Label Matrix
Mailable recipients    37
Bypassed recipients     3
Total                  40