## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SRINATH DHARMAPADAM       :
PURVI SRINATH DHARMAPADAM   :    **CHAPTER 11**
aka PURVI P. TIJORIWALA       :
           **Debtors**    :    **CASE NO. 4:23-bk-00487-MJC**

### SECTION 1126 BALLOT REPORT FORM

CLASS I     -    No ballots cast

CLASS II    -    No ballots cast

CLASS III   -    No ballots cast

CLASS IV   -    No ballots cast

CLASS V    -

| # Ballots Cast | # Accepting | #Rejecting | S Accepting | S Rejecting | Class Accepting | Class Rejecting |
|---|---|---|---|---|---|---|
| 3 | 3 | 0 | $17,150.15 | $0.00 | No | |

The following classes are impaired: ___4 & 5___.

Copies of all ballots not accepted are attached. An explanation of why the ballots were rejected, if applicable, is attached - N/A

| PLAN ACCEPTED | YES | NO |
|---|---|---|
| | | X |

The foregoing Report is accurate and complete.

Dated: __10/30/23__

Gary J. Imblum, Esquire
Debtors' Counsel