# Feasibility of Refinancing

## I Calculation of remaining mortgage balance in 5 years

Amount owed on mortgage as of date of filing-acc to filed proof of claim

Principal $84,406.25 plus interest of $2,338.61 plus escrow deficiency of $2,080.57= $88,825.43

Date of filing 3-8-23

Note-interest rate 3.25%

Matures 7-1-2050

Monthly payment amount $521.81

Balance due in 5 years

Amortization schedule-in 5 years after deduction of monthly payment

Balance reduced to $69,831.25

Arrearage to be paid through bankruptcy plan $9,891.57

Balance reduced to $59,939,68

## II Estimated value of real estate in 5 years

Value of real estate at time of filing    $365,000

(Based upon market analysis as on 12-16-22)

If property appreciates at 5% per year-from 12-16-2022 to 12-16-28

Value of real estate:

- After year one-$383,250
- After year two $402,412.50
- After year three $422,533.12
- After year four $443,659.77
- After year five $465,842.75
- After year six $489,134.88 (end of 5th year of plan)

## Conclusion

In 5 years, 2 people presently earning $120,000 combined income can refinance and pay off a mortgage with a balance of $59,939.68 secured by a house with a value of $489.134.88.