**Fill in this information to identify the case:**

Debtor Name  Srinath Dharmapadam & Purvi Srinath Dharmapadam

United States Bankruptcy Court for the: Middle District of Pennsylvania

Case number: 4:23-bk-00487

☑ Check if this is an amended filing

---

## Official Form 425C

---

## Monthly Operating Report for Small Business Under Chapter 11

12/17

Month:  March 2023

Date report filed: 12|11|2023
MM / DD / YYYY

Line of business: Independent Contractors

NAISC code: 541600

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these statements are true, correct, and complete.

Responsible party:  Srinath Dharmapadam

Original signature of responsible party

Printed name of responsible party  Srinath Dharmapadam

---

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.*** | | | |
| 1. | Did the business operate during the entire reporting period? | ☐ | ☑ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.*** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

| | | | |
|---|---|---|---|
| 17. Have you paid any bills you owed before you filed bankruptcy? | ☐ | ☐ | ☐ |
| 18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? | ☐ | ☑ | ☐ |

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

$ 23,619.78

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here.

$ 6,923.10

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here.

− $ 580.52

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

+ $ 6,342.58

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

= $ 29,962.36

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

    *(Exhibit E)*

$ 0.00

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                  $ _____ 0.00

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                              _____ 0
27. What is the number of employees as of the date of this monthly report?                 _____ 0

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?         $ _____ 0.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ _____ 0.00
30. How much have you paid this month in other professional fees?                                   $ _____ 0.00
31. How much have you paid in total other professional fees since filing the case?                  $ _____ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A<br>**Projected**<br>Copy lines 35-37 from the previous month's report. | − | Column B<br>**Actual**<br>Copy lines 20-22 of this report. | = | Column C<br>**Difference**<br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ _____ 0.00 | − | $ _____ 6,923.10 | = | $ _____ -6,923.10 |
| 33. **Cash disbursements** | $ _____ 0.00 | − | $ _____ 580.52 | = | $ _____ -580.52 |
| 34. **Net cash flow** | $ _____ 0.00 | − | $ _____ 6,342.58 | = | $ _____ 6,342.58 |

35. Total projected cash receipts for the next month:                                $ _____ 9,230.80
36. Total projected cash disbursements for the next month:                        − $ _____ 2,506.21
37. Total projected net cash flow for the next month:                             = $ _____ 6,724.59

Case 4:23-bk-00487-MJC    Doc 74    Filed 12/11/23    Entered 12/11/23 15:57:32    Desc
Main Document    Page 3 of 15

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38.  Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39.  Bank reconciliation reports for each account.

☐ 40.  Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41.  Budget, projection, or forecast reports.

☐ 42.  Project, job costing, or work-in-progress reports.

**Exhibit C to Form 425C**

Month & Year

Srinath Dharmapadam &
Purvi Dharmapadam
Mar-23 Case No.: 23-00487

| Date Received | Amount Received | | Remarks |
|---|---|---|---|
| 21-Mar-23 | $ | 1,153.85 | 1099 Payment |
| 27-Mar-23 | $ | 1,153.85 | 1099 Payment |
| 31-Mar-23 | $ | 1,153.85 | 1099 Payment |
| **Total Receipts** | **$** | **3,461.55** | |
| **Estya Receipts** | | | |
| 22-Mar-23 | $ | 1,153.85 | Consultancy Fee |
| 27-Mar-23 | $ | 1,153.85 | Consultancy Fee |
| 31-Mar-23 | $ | 1,153.85 | Consultancy Fee |
| **Total Receipts** | **$** | **3,461.55** | Only For Estya |
| **Total Earnings** | **$** | **6,923.10** | |

Exhibit D Form 425C

Srinath Dharmapadam & Purvi Dharmapadam

Case No.       23-00487

Month & Year       Mar-23

| Date Paid | Amount | Method | Vendor | Reason for payment |
|---|---|---|---|---|
| 18-Mar-23 | $ 20.50 | Credit Card | Sheetz | Gas bill for car |
| 19-Mar-23 | $ 35.75 | Credit Card | Sheetz | Gas bill for car |
| 20-Mar-23 | $ 29.30 | Auto Debit | Amazon | Household Supplies |
| 20-Mar-23 | $ 147.60 | Auto Debit | Columbia Gas | March Gas Bill for Home |
| 21-Mar-23 | $ 31.55 | Credit Card | Patel Bros | Groceries for Home |
| 21-Mar-23 | $ 8.80 | Cash | Martins | Groceries for Home |
| 26-Mar-23 | $ 10.08 | Credit Card | Sheetz | Lunch |
| 27-Mar-23 | $ 10.00 | Credit Card | Sams Club | Clothing |
| 27-Mar-23 | $ 73.40 | Credit Card | Sams Club | Groceries for Home |
| 27-Mar-23 | $ 41.07 | Credit Card | Sams Club | Gas bill for car |
| 27-Mar-23 | $ 2.89 | Credit Card | Martins | Groceries for Home |
| 30-Mar-23 | $ 4.08 | Credit Card | Martins | Groceries for Home |
| 30-Mar-23 | $ 31.06 | Credit Card | Sheetz | Gas bill for car |
| 13-Mar-23 | $ 103.69 | Auto Debit | Banner Life | Life Insurance |
| **Grand Total** | **$ 549.77** | | | |

**Estya Payments**

| | | | | |
|---|---|---|---|---|
| 14-Mar-23 | $ 30.75 | Auto Debit | | Fees & Dues |
| **Total Estya Payment** | **$ 30.75** | | | |
| **Grand Total** | **$ 580.52** | | | |

| Opening Balance Computation including Estya Group |
| --- |

| Cash & Bank ↓ Amount → | Amount | Remarks |
| --- | --- | --- |
| Cash on hand | $ 200.00 | |
| M&T Bank Account 7941 - Checking | $ 5,926.86 | Since closed |
| M&T Bank Account 9625 - Savings | $ 3,574.45 | Since closed |
| M&T Bank Account 2016 - DIP | $ - | |
| M&T Bank Account Estya - Checking | $ 13,272.81 | |
| SECU Savings | $ 153.02 | Since closed |
| SECU Checking | $ 492.64 | Since closed |

| **Grand Total Opening Balance** | **$ 23,619.78** |
| --- | --- |

| Total Cash Receipts | $ 6,923.10 |
| --- | --- |
| Total Cash Disbursements | $ 580.52 |
| **Net Receipts For The Month** | **$ 6,342.58** |

| **Closing Balance** | **$ 29,962.36** |
| --- | --- |

# M&T Bank

00   0 04503M NM 017

000000
P

SRINATH DHARMAPADAM
PURVI SRINATH DHARMAPADAM
19010 MAPLE VALLEY CIRCIL
HAGERSTOWN MD 21742

| | |
|---|---|
| ACCOUNT TYPE | |
| MYCHOICE PLUS CHECKING | |

| ACCOUNT NUMBER | STATEMENT PERIOD |
|---|---|
| 7941 | FEB.18-MAR.17,2023 |

| | |
|---|---|
| BEGINNING BALANCE | $1,763.13 |
| DEPOSITS & CREDITS | 5,000.00 |
| LESS CHECKS & DEBITS | 6,763.13 |
| LESS SERVICE CHARGES | 0.00 |
| ENDING BALANCE | $0.00 |

INTEREST EARNED FOR STATEMENT PERIOD        $0.00

BALD EAGLE

## ACCOUNT SUMMARY

| BEGINNING BALANCE | DEPOSITS & OTHER CREDITS (+) | | CHECKS PAID | | OTHER DEBITS (-) | | CURRENT INTEREST PD | ENDING BALANCE |
|---|---|---|---|---|---|---|---|---|
| | NO. | AMOUNT | NO. | AMOUNT | NO. | AMOUNT | | |
| $1,763.13 | 1 | $5,000.00 | 0 | $0.00 | 7 | $6,763.13 | $0.00 | $0.00 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 02/18/2023 | BEGINNING BALANCE | | | $1,763.13 |
| 02/21/2023 | SEARS ONLINE PAYMENT | | | |
| 02/21/2023 | COLUMBIA GAS MD SERV PYMT | | $160.70 | |
| 02/27/2023 | SEARS ONLINE PAYMENT | | 165.14 | 1,437.29 |
| 03/03/2023 | T-MOBILE PCS SVC | | 9.20 | 1,428.09 |
| 03/06/2023 | WEB XFER FROM CHK 0000088141035 | | 158.64 | 1,269.45 |
| 03/06/2023 | SEARS ONLINE PAYMENT | $5,000.00 | | |
| 03/13/2023 | BANNER LIFE PREM DEBIT | | 342.59 | 5,926.86 |
| 03/14/2023 | CLOSEOUT | | 103.69 | 5,823.17 |
| | | | 5,823.17 | 5,823.17 |
| | ENDING BALANCE | | | 0.00 |
| | | | | $0.00 |

Doc ID: d82313d557b0e57133d634efeba432ca1f589904

Case 4:23-bk-00487-MJC    Doc 74    Filed 12/11/23    Entered 12/11/23 15:57:32    Desc
Main Document         Page 8 of 15

# M&T Bank

FOR INQUIRIES CALL: (800) 724-2440

DD 0 04433M NM 017

000000
PURVI SRINATH DHARMAPADAM
SRINATH DHARMAPADAM
19010 MAPLE VALLEY CIRCIL
HAGERSTOWN MD 21742                          P

| ACCOUNT TYPE | |
|---|---|
| RELATIONSHIP SAVINGS | |
| ACCOUNT NUMBER | STATEMENT PERIOD |
| 1825 | DEC.14-MAR.13,2023 |
| BEGINNING BALANCE | $3,574.38 |
| DEPOSITS & CREDITS | 0.00 |
| LESS CHECKS & DEBITS | 0.00 |
| INTEREST | 0.09 |
| LESS SERVICE CHARGES | 0.00 |
| ENDING BALANCE | $3,574.47 |

INTEREST EARNED FOR STATEMENT PERIOD        $0.08
INTEREST PAID YEAR TO DATE                  $0.09          SOUTH ATHERTON

## ACCOUNT SUMMARY

| BEGINNING BALANCE | DEPOSITS & OTHER CREDITS (+) | | WITHDRAWALS & OTHER DEBITS (-) | | CURRENT INTEREST PAID | ENDING BALANCE |
|---|---|---|---|---|---|---|
| | NO. | AMOUNT | NO. | AMOUNT | | |
| $3,574.38 | 0 | $0.00 | 0 | $0.00 | $0.09 | $3,574.47 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 12/14/2022 | BEGINNING BALANCE | | | $3,574.38 |
| 01/13/2023 | INTEREST PAYMENT | $0.03 | | 3,574.41 |
| 02/13/2023 | INTEREST PAYMENT | 0.04 | | 3,574.45 |
| 03/13/2023 | INTEREST PAYMENT | 0.02 | | 3,574.47 |
| | ENDING BALANCE | | | $3,574.47 |

ANNUAL PERCENTAGE YIELD EARNED = 0.00%

Doc ID: d82313d557b0e57133d634efeba432ca1f589904



FOR INQUIRIES CALL: (800) 724-2440

00  0 06818M NM  017

000000                                  P

SRINATH DHARMAPADAM
PURVI SRINATH DHARMAPADAM
DEBTOR IN POSSESSION
CASE #1:23-BK-00487
19010 MAPLE VALLEY CIR
HAGERSTOWN MD 21742-2210

| ACCOUNT TYPE | |
|---|---|
| MYCHOICE PLUS CHECKING | |
| **ACCOUNT NUMBER** | **STATEMENT PERIOD** |
| ▮2016 | MAR.14-APR.14,2023 |

| BEGINNING BALANCE | $0.00 |
|---|---|
| DEPOSITS & CREDITS | 6,269.25 |
| LESS CHECKS & DEBITS | 732.04 |
| LESS SERVICE CHARGES | 0.00 |
| ENDING BALANCE | $5,537.21 |

INTEREST EARNED FOR STATEMENT PERIOD        $0.00                 NORTH HAGERSTOWN OFFICE

## ACCOUNT SUMMARY

| BEGINNING BALANCE | DEPOSITS & OTHER CREDITS (+) | | CHECKS PAID | | OTHER DEBITS (-) | | CURRENT INTEREST PD | ENDING BALANCE |
|---|---|---|---|---|---|---|---|---|
| | NO. | AMOUNT | NO. | AMOUNT | NO. | AMOUNT | | |
| $0.00 | 6 | $6,269.25 | 0 | $0.00 | 5 | $732.04 | $0.00 | $5,537.21 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 03/14/2023 | BEGINNING BALANCE | | | $0.00 |
| 03/14/2023 | DEPOSIT | $500.00 | | 500.00 |
| 03/20/2023 | AMAZON MARKETPLA INTERNET | | $29.30 | |
| 03/20/2023 | COLUMBIA GAS MD SERV PYMT | | 147.60 | 323.10 |
| 03/21/2023 | MOBILE DEPOSIT --XXXXXXXXX6322 | 1,153.85 | | 1,476.95 |
| 03/27/2023 | MOBILE DEPOSIT - XXXXXXXXX3817 | 1,153.85 | | 2,630.80 |
| 03/31/2023 | ▮ JOBS IN US DIR DEP | 1,153.85 | | |
| 03/31/2023 | COMENITY PAY SM WEB PYMT | | 215.78 | 3,568.87 |
| 04/07/2023 | ▮ JOBS IN US DIR DEP | 1,153.85 | | |
| 04/07/2023 | COMENITY PAY SM WEB PYMT | | 313.15 | 4,409.57 |
| 04/10/2023 | FIRSTENERGY OPCO FE ECHECK | | 26.21 | 4,383.36 |
| 04/14/2023 | ▮ JOBS IN US DIR DEP | 1,153.85 | | 5,537.21 |
| | ENDING BALANCE | | | 5,537.21 |

Balance in Debtor In Possession Account End of March is $3,568.87

## *How To Balance Your M&T Bank Deposit Account*

Follow these steps to bring your register balance into agreement with this statement.

| STEP 1: | Beginning with the first item on this statement place a checkmark (✔) beside each item that has a corresponding entry in your register. (Place the checkmark next to each item in your register and on this statement.) |

| STEP 2: | TO DETERMINE YOUR CURRENT BALANCE: |

ADD to the balance shown in your register by writing in the amount of:
- (a) Any deposits and other additions shown on this statement which you have not already added; and
- (b) Any interest this statement shows as credited to your account, if it is an interest earning account.

SUBTRACT to the balance shown in your register by writing in the amount of:
- (a) Any checks or other subtractions shown on this statement which you did not enter into your register; and
- (b) Any automatic payments or other electronic transfers shown on this statement which you have not already subtracted; and
- (c) Any service charges shown on this statement which you have not already subtracted.

**Complete STEPS 3 through 8 to determine the current balance in your account.**

| STEP 3: | List any outstanding checks (written but not yet paid by M&T Bank) and other subtractions not appearing on your statement in the spaces provided below. |

### CHECKS OUTSTANDING AND OTHER SUBTRACTIONS

| NUMBER | AMOUNT | |
|---|---|---|
| | $ | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL AMOUNT OF CHECKS OUTSTANDING AND OTHER SUBTRACTIONS** | $ | |

| STEP 4: | Enter on this line the Ending Balance shown on the front of this statement. | $ | |

| STEP 5: | Enter the total of any deposits or other additions shown in your register which are not shown on this statement. | $ | |

| STEP 6: | Add the amounts in STEPS 4 and 5, enter the total here. | $ | |

| STEP 7: | Enter the total of "Checks Outstanding and Other Subtractions" (from STEP 3) here. | $ | |

| STEP 8: | Subtract total of STEP 7 from STEP 6 and enter the difference here. ***This amount should be your current account balance.*** | $ | |

HAVE YOU MOVED? If so, please contact the M&T Telephone Banking Center at (800) 724-2440 or contact your local branch of M&T Bank or write to:

M&T BANK
ATTN: M&T TELEPHONE BANKING CENTER
P.O. BOX 767
BUFFALO, NY 14240-0767

CALL (800) 724-2440 TO DETERMINE IF ANY SCHEDULED DIRECT DEPOSIT OR PREAUTHORIZED TRANSFER TO YOUR ACCOUNT HAS OCCURRED.

## *In Case of Errors or Questions About Your Electronic Transfers*

Telephone us at (800) 724-2440 or write to us at:

M&T BANK
ATTN: M&T TELEPHONE BANKING CENTER
P.O. BOX 767
BUFFALO, NY 14240-0767

as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
- (1) Tell us your name and account number (if any).
- (2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- (3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

©2016 Manufacturers and Traders Trust Company

**M&T** Bank

 

L008A (11/16)



FOR INQUIRIES CALL:   BALD EAGLE
                    (570) 748-5391

00  0 04503M NM 017

000000

**ESTYA GROUP LLC**
**19010 MAPLE VALLEY CIR**
**HAGERSTOWN MD 21742**

| ACCOUNT TYPE | |
|---|---|
| **M&T SIMPLE CHECKING FOR BUSINESS** | |

| **ACCOUNT NUMBER** | **STATEMENT PERIOD** |
|---|---|
| 1038 | **03/01/23 - 03/31/23** |

| | |
|---|---|
| **BEGINNING BALANCE** | **$18,272.81** |
| **DEPOSITS & CREDITS** | **3,461.55** |
| **LESS CHECKS & DEBITS** | **5,030.75** |
| **LESS SERVICE CHARGES** | **0.00** |
| **ENDING BALANCE** | **$16,703.61** |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 03/01/2023 | BEGINNING BALANCE | | | $18,272.81 |
| 03/06/2023 | WEB XFER TO CHK 7941 | | $5,000.00 | 13,272.81 |
| 03/14/2023 | IRS Tax Pro PTIN Fee | | 30.75 | 13,242.06 |
| 03/22/2023 | MOBILE DEPOSIT - XXXXXXXXX9043 | $1,153.85 | | 14,395.91 |
| 03/27/2023 | MOBILE DEPOSIT - XXXXXXXXX3708 | 1,153.85 | | 15,549.76 |
| 03/31/2023 | B3875 JOBS IN US DIR DEP | 1,153.85 | | 16,703.61 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 3 | 0 | |

TM CLIENTS: EFFECTIVE 5/15/2023, YOUR USE OF TM SERVICES IS GOVERNED BY OUR UPDATED MASTER TREASURY MANAGEMENT SERVICES AGREEMENT (TM AGREEMENT) AND PRODUCT TERMS AND CONDITIONS BOOKLET (BOOKLET). THE UPDATED TM AGREEMENT AND BOOKLET APPLY TO THE MAXIMUM EXTENT PERMISSIBLE UNDER YOUR CURRENT AGREEMENTS; PROVIDED THAT, IN THE EVENT OF CONFLICT WITH PROVISIONS THAT CANNOT BE AMENDED BY NOTICE OR RATIFIED BY CONTINUED USE, SUCH PROVISIONS CONTINUE TO GOVERN, BUT ONLY TO THE EXTENT NECESSARY TO RESOLVE THE CONFLICT. VISIT MTB.COM/TMTERMS FOR A SUMMARY OF CHANGES AND THE UPDATED BOOKLET AND TM AGREEMENT.

**PAGE 1 OF 2**

**MANUFACTURERS AND TRADERS TRUST COMPANY**
**ONE SOUTH MARKET SQUARE HARRISBURG, PA 17102**

Case 4:23-bk-00487-MJC   Doc 74   Filed 12/11/23   Entered 12/11/23 15:57:32   Desc
Main Document   Page 12 of 15

# HOW TO BALANCE YOUR M&T BANK ACCOUNT

## TO BALANCE YOUR ACCOUNT WITH THIS STATEMENT COMPLETE STEPS 1, 2, & 3.

**STEP 1**   **Place a checkmark ( ✔ )** beside each item listed on this statement which has a corresponding entry in your register.
Also place a checkmark next to the item in your register.

**STEP 2**   **Add** to your register:
(a) Any deposits and other credits shown on this statement which you have not already entered.
(b) Any interest this statement shows credited to your account.

**STEP 3**   **Subtract** from your register:
(a) Any checks or other withdrawals shown on this statement which you did not enter into your register.
(b) Any automatic loan payments or ATM or other electronic debits shown on this statement which you have not already subtracted.
(c) Any service charges shown on this statement which you have not already subtracted.

## TO DETERMINE THE CURRENT BALANCE IN YOUR ACCOUNT:

**STEP 4**   **List** any outstanding checks or debits written in your register, but not yet appearing on your statement.

| OUTSTANDING CHECKS AND OTHER DEBITS | |
|---|---|
| NUMBER | AMOUNT |
| 1 | $ |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| SUBTOTAL OF COLUMN 1 | $ |

| OUTSTANDING CHECKS AND OTHER DEBITS | |
|---|---|
| NUMBER | AMOUNT |
| 13 | $ |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| SUBTOTAL OF COLUMN 2 | |
| SUBTOTAL OF COLUMN 1 + | |
| TOTAL OUTSTANDING CHECKS AND DEBITS | $ |

**STEP 5**   **Enter** on this line **the Ending Balance** shown in the summary on the front of this statement.
$

**STEP 6**   **Enter the total of any deposits or other credits** shown on your register which are not shown on this statement.
$

**STEP 7**   **Enter the total of STEPS 5 & 6.**
$

**STEP 8**   **Enter TOTAL OUTSTANDING CHECKS & DEBITS** (from **STEP 4**).
$

**STEP 9**   **Subtract STEP 8 from STEP 7** and enter the difference here.
$

This amount should be your current account balance.

If you have questions, think your statement is incorrect, or for information regarding Treasury Management Services, please contact your M&T Relationship Manager or the Commercial Service Team at 1-800-724-2240, Monday through Friday, 8am - 8pm ET.

## M&T Bank

L018 (11/16)

©2016 M&T Bank. Member FDIC.





secumd.org
410-487-7328
1-800-879-7328
P.O. Box 23896
Baltimore, MD 21298

SRINATH DHARMAPADAM
19010 MAPLE VALLEY CIRCLE
HAGERSTOWN MD 21742

## SECU Total™ Checking & Rewards Summary

Below you will find your rewards earned over the last month based on your account activity.

| Rewards Activity | |
|---|---|
| Average combined loan and deposit balance | $645.66 |
| Highest average checking balance | $492.64 |
| Enrolled in e-statements | Yes |
| Total Direct Deposit amount | $0.00 |

| Rewards Earned | |
|---|---|
| Rewards level | Bronze |
| Total debit cash back earned | $0.00 |

*For more information on the SECU Total™ Checking Program and how you can earn more rewards,
visit online banking or go to www.secumd.org/more/checking-rewards.*

## Your Deposit Account(s) Summary

| Account Description | Starting Balance ($) | Deposits Credits ($) | Withdrawals Debits ($) | Interest Dividend ($) | Ending Balance ($) | YTD Interest Dividend ($) |
|---|---|---|---|---|---|---|
| Share Savings ▮▮▮ 1554) | 153.02 | 0.00 | 0.00 | 0.01 | 153.03 | 0.03 |
| SECU Total™ Checking ▮▮▮ 1562) | 492.64 | 0.00 | 0.00 | 0.00 | 492.64 | 0.00 |

## Your Detailed Statement

| Date | Transaction Description | Amount ($) | Total Balance ($) |
|---|---|---|---|
| | **Share Savings ▮▮▮ 1554)** | | |
| 03/01 | Starting Balance | | 153.02 |
| 03/31 | Credit Interest | +0.01 | 153.03 |
| **03/31** | **Ending Balance** | | **153.03** |
| **Truth in Savings Disclosure:** | For period 03/01/2023 through 03/31/2023 **Annual Percentage Yield Earned: 0.08%** | | |

| Date | Transaction Description | Amount ($) | Total Balance ($) |
|---|---|---|---|
| | **SECU Total™ Checking ▮▮▮ 1562)** | | |
| 03/01 | Starting Balance | | 492.64 |
| | There are no transactions for this period. | | |



## Your Detailed Statement

| Date | Transaction Description | Amount ($) | Total Balance ($) |
|------|------------------------|-----------|-------------------|
| **03/31** | **Ending Balance** | | **492.64** |
| **Truth In Savings Disclosure:** | For period 03/01/2023 through 03/31/2023 | | |
| | **Annual Percentage Yield Earned:  0.00%** | | |

General Statement policies for SECU of MD, Inc.

- **To report lost or stolen check cards, ATM cards or credit cards, call 1-800-879-7328, press 2 for Personal Accounts, press 5 for Card Options and follow the prompts.**

- **Balance Information.**  For accounts other than loans or lines of credit, the "ending"/"total" balance shown on this statement does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  The account's "available balance" is used to determine when the account may be overdrawn and when fees are assessed.  The available balance includes deductions for holds on debit card purchases and holds on deposited funds and may have been lower than the ending/total balance shown on your statement.  If you had an insufficient available balance when a transaction posted, fees may have been assessed.  For more details about the different types of account balances and information on avoiding fees, please see our Agreements and Disclosures or call us at 1-800-879-7328.

- **In case of errors or questions on your statement.**  Telephone us at 1-800-879-7328 or write us at SECU P.O. Box 2148, Glen Burnie, MD 21060 as soon as you can if you think your statement is wrong or if you need more information about a transaction listed on the statement.  We must hear from you no later than 60 days after we send the **first** statement on which the problem or error occurred.

- **Your Insured Funds.**  SECU is federally insured through the National Credit Union Administration. (NCUA)