Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11          12/17

Month:  April 2023

Date report filed:  12/11/2023
MM / DD / YYYY

Line of business:  Independent Contractors

NAISC code:  541600

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party:   Srinath Dharmapadam

Original signature of responsible party

Printed name of responsible party   Srinath Dharmapadam

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  |  | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| | **If you answer _No_ to any of the questions in lines 1-9, attach an explanation and label it _Exhibit A._** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☐ | ☐ | ☑ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer _Yes_ to any of the questions in lines 10-18, attach an explanation and label it _Exhibit B._** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

17. Have you paid any bills you owed before you filed bankruptcy?      ☐ ☑ ☐

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?      ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ 29,962.36

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.

    $ 9,230.80

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.

    − $ 2,267.48

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ 6,963.32

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

    = $ 36,925.68

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**

    *(Exhibit E)*

    $ 0.00

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                            $ _____0.00_

     *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                        _____0_

27. What is the number of employees as of the date of this monthly report?         _____0_

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?          $ _____0.00_

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?     $ _____0.00_

30. How much have you paid this month in other professional fees?          $ _____0.00_

31. How much have you paid in total other professional fees since filing the case?          $ _____0.00_

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | − | **Actual** | = | **Difference** |
|  | Copy lines 35-37 from the previous month's report. |  | Copy lines 20-22 of this report. |  | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 9,230.80 | − | $ 9,230.80 | = | $ 0.00 |
| 33. **Cash disbursements** | $ 2,506.21 | − | $ 2,267.48 | = | $ 238.73 |
| 34. **Net cash flow** | $ 6,724.59 | − | $ 6,963.32 | = | $ -238.73 |

35. Total projected cash receipts for the next month:                                      $ 9,230.80

36. Total projected cash disbursements for the next month:                          − $ 2,600.00

37. Total projected net cash flow for the next month:                                   = $ 6,630.80

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ **38.** Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ **39.** Bank reconciliation reports for each account.

☐ **40.** Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ **41.** Budget, projection, or forecast reports.

☐ **42.** Project, job costing, or work-in-progress reports.

| Date Received | Amount Received | | Remarks |
|---|---|---|---|
| 7-Apr-23 | $ | 1,153.85 | 1099 Payment |
| 14-Apr-23 | $ | 1,153.85 | 1099 Payment |
| 21-Apr-23 | $ | 1,153.85 | 1099 Payment |
| 24-Apr-23 | $ | 646.68 | Transfer from SECU |
| 28-Apr-23 | $ | 1,153.85 | 1099 Payment |
| | | | |
| **Total Receipts** | **$** | **5,262.08** | |

**Estya Funds Received**

| | | | |
|---|---|---|---|
| 7-Apr-23 | $ | 1,153.85 | Consultancy Payment |
| 14-Apr-23 | $ | 1,153.85 | Consultancy Payment |
| 21-Apr-23 | $ | 1,153.85 | Consultancy Payment |
| 28-Apr-23 | $ | 1,153.85 | Consultancy Payment |
| | | | |
| **Total Estya** | **$** | **4,615.40** | |
| | | | |
| **Grand Total** | **$** | **9,877.48** | |
| | | | *Amount included in the opening balance in* |
| Less: SECU | $ | (646.68) | *March 2023. Reporting here again will* |
| | | | *duplicate the income* |
| | | | |
| **Reported Total** | **$** | **9,230.80** | |

Exhibit D Form 425C

Srinath Dharmapadam & Purvi Dharmapadam
Case No.                    23-00487

Month & Year          Apr-23

| Date Paid | Amount | | Method | Vendor | Reason for payment |
|---|---|---|---|---|---|
| 4-Apr-23 | $ | 59.18 | Credit Card | Amazon | Clothing |
| 5-Apr-23 | $ | 157.83 | Credit Card | T-Mobile | Cell Phone |
| 10-Apr-23 | $ | 26.21 | ACH | First Energy | Electricity Payment |
| 10-Apr-23 | $ | 3.00 | Credit Card | Martins | Food Purchase |
| 10-Apr-23 | $ | 32.69 | Credit Card | Amazon | Toilet Tissues |
| 10-Apr-23 | $ | 9.57 | Credit Card | Amazon | Toiletries |
| 10-Apr-23 | $ | 19.45 | Credit Card | Martins | Groceries |
| 11-Apr-23 | $ | 43.84 | Credit Card | Sams Club | Gas for Car |
| 11-Apr-23 | $ | 100.75 | Credit Card | Sams Club | Groceries |
| 11-Apr-23 | $ | 8.37 | Credit Card | Sams Club | Lunch |
| 13-Apr-23 | $ | 15.09 | Credit Card | Amazon | Vaccuum Filters |
| 13-Apr-23 | $ | 8.80 | Cash | Martins | Groceries |
| 16-Apr-23 | $ | 65.23 | Credit Card | Sams Club | Groceries & Dog Food |
| 16-Apr-23 | $ | 35.00 | Credit Card | Walmart | Dog Food |
| 16-Apr-23 | $ | 61.15 | Credit Card | Walmart | Groceries & Landscaping for home |
| 16-Apr-23 | $ | 13.87 | Credit Card | Lowes | Landscaping |
| 18-Apr-23 | $ | 34.77 | Credit Card | Lowes | Landscaping |
| 21-Apr-23 | $ | 152.07 | ACH | Columbia Gas | Natural Gas Payment - Heating Home |
| 24-Apr-23 | $ | 1,000.00 | ACH | PHH Mortgage | Monthly Mortgage |
| 25-Apr-23 | $ | 308.10 | ACH | Banner Life Insurance | Life Insurance Premium |
| 25-Apr-23 | $ | 31.19 | Credit Card | Sams Club | Health Care / Vitamins |
| 25-Apr-23 | $ | 66.16 | Credit Card | Sams Club | Groceries |
| 25-Apr-23 | $ | 7.59 | Credit Card | Lowes | Landscaping |
| 29-Apr-23 | $ | 7.57 | Credit Card | Martins | Groceries |

| Grand Total | $ | 2,267.48 | | | |



# M&T Bank

Accounts | Payments and Transfers | Services | Settings and Support    Welcome back SRINATH

## MyChoice Plus Checking (2016)
(Nickname)

View Account | MyChoice Plus Checking (2016) ⌄ | Go >

Up to
**5.00%** Annual Percentage Yield
Start saving at a higher rate with M&T CD options.
M&T Bank
Learn More >

**My Shortcuts**    Edit

Create shortcuts to your most frequently used online services.

⊕ Add Shortcuts

| Total Balance ❓ | Available Balance ❓ |
|---|---|
| $7,878.40 | $7,878.40 |

| Recent Activity | Last 7 Years | Account Info |
|---|---|---|

View Alerts | Schedule a Transfer | Pay a Bill

📋 PENDING

- You currently have no pending transactions

View Scheduled Transfers ($0.00) | View Scheduled Bill Payments ($0.00)

📋 POSTED

Export Transaction History | View Cleared Checks

Load more transactions (Older)    Date Range (in last 90 days only) 04/01/2023 📅 To 04/30/2023 📅 | Update

| Date ⌄ | Description | Debit (-) | Credit (+) | Balance |
|---|---|---|---|---|
| 04/28/2023 | ⌄ B3875 JOBS IN US DIR DEP $1153.85 available on 04/28/2023 | | $1,153.85 | $7,031.42 |
| 04/25/2023 | BANNER BILL PAY | −$308.10 | | $5,877.57 |
| 04/24/2023 | MORTGAGE SERV CT MTG PAYMT | −$1,000.00 | | $6,185.67 |
| 04/24/2023 | ⌄ MOBILE DEPOSIT - XXXXXXXXX1830 (View) 🔲 $250.68 available on 04/24/2023 | | $646.68 | $7,185.67 |

| Business days after deposit date | Amount Available |
|---|---|
| 1 | $396.00 |

| Date ⌄ | Description | Debit (-) | Credit (+) | Balance |
|---|---|---|---|---|
| 04/21/2023 | COLUMBIA GAS MD SERV PYMT | −$152.07 | | $6,538.99 |
| 04/21/2023 | ⌄ B3875 JOBS IN US DIR DEP $1153.85 available on 04/21/2023 | | $1,153.85 | $6,691.06 |
| 04/14/2023 | ⌄ B3875 JOBS IN US DIR DEP $1153.85 available on 04/14/2023 | | $1,153.85 | $5,537.21 |
| 04/10/2023 | FIRSTENERGY OPCO FE ECHECK | −$28.21 | | $4,383.36 |
| 04/07/2023 | COMENITY PAY SM WEB PYMT | −$313.15 | | $4,409.57 |
| 04/07/2023 | ⌄ B3875 JOBS IN US DIR DEP $1153.85 available on 04/07/2023 | | $1,153.85 | $4,722.72 |

Last login at 10:57 pm ET on Sunday, May 07, 2023

Privacy Notice | Security Assurance | Digital Services Agreement | ESign Agreement | Accessibility | Site Map | mtb.com

MEMBER FDIC | Equal Housing Lender NMLS#381076 | Entrust

©2023 M&T Bank. All Rights Reserved.

Help ⌃



**M&T** Bank

FOR INQUIRIES CALL:   **BALD EAGLE**
                      **(570) 748-5391**

                      .          `00   0 04503M NM 017`

           000000                          N

           **ESTYA GROUP LLC**
           **19010 MAPLE VALLEY CIR**
           **HAGERSTOWN MD 21742**

| ACCOUNT TYPE | |
|---|---|
| **M&T SIMPLE CHECKING FOR BUSINESS** | |
| **ACCOUNT NUMBER** | **STATEMENT PERIOD** |
| 1038 | 04/01/23 - 04/30/23 |

| | |
|---|---|
| **BEGINNING BALANCE** | $16,703.61 |
| **DEPOSITS & CREDITS** | 4,615.40 |
| **LESS CHECKS & DEBITS** | 0.00 |
| **LESS SERVICE CHARGES** | 0.00 |
| **ENDING BALANCE** | $21,319.01 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 04/01/2023 | BEGINNING BALANCE | | | $16,703.61 |
| 04/07/2023 | B3875 JOBS IN US DIR DEP   999892 | $1,153.85 | | 17,857.46 |
| 04/14/2023 | B3875 JOBS IN US DIR DEP   999892 | 1,153.85 | | 19,011.31 |
| 04/21/2023 | B3875 JOBS IN US DIR DEP   999892 | 1,153.85 | | 20,165.16 |
| 04/28/2023 | B3875 JOBS IN US DIR DEP   999892 | 1,153.85 | | 21,319.01 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 4 | 0 | |

TM CLIENTS: EFFECTIVE 5/15/2023, YOUR USE OF TM SERVICES IS GOVERNED BY OUR
UPDATED MASTER TREASURY MANAGEMENT SERVICES AGREEMENT (TM AGREEMENT) AND
PRODUCT TERMS AND CONDITIONS BOOKLET (BOOKLET). THE UPDATED TM AGREEMENT AND
BOOKLET APPLY TO THE MAXIMUM EXTENT PERMISSIBLE UNDER YOUR CURRENT AGREEMENTS;
PROVIDED THAT, IN THE EVENT OF CONFLICT WITH PROVISIONS THAT CANNOT BE AMENDED
BY NOTICE OR RATIFIED BY CONTINUED USE, SUCH PROVISIONS CONTINUE TO GOVERN, BUT
ONLY TO THE EXTENT NECESSARY TO RESOLVE THE CONFLICT. VISIT MTB.COM/TMTERMS FOR
A SUMMARY OF CHANGES AND THE UPDATED BOOKLET AND TM AGREEMENT.

**MANUFACTURERS AND TRADERS TRUST COMPANY**
**ONE SOUTH MARKET SQUARE HARRISBURG, PA 17102**

# HOW TO BALANCE YOUR M&T BANK ACCOUNT

## TO BALANCE YOUR ACCOUNT WITH THIS STATEMENT COMPLETE STEPS 1, 2, & 3

**STEP 1**  **Place a checkmark ( ✔ )** beside each item listed on this statement which has a corresponding entry in your register.
Also place a checkmark next to the item in your register.

**STEP 2**  **Add** to your register:
(a) Any deposits and other credits shown on this statement which you have not already entered.
(b) Any interest this statement shows credited to your account.

**STEP 3**  **Subtract** from your register:
(a) Any checks or other withdrawals shown on this statement which you did not enter into your register.
(b) Any automatic loan payments or ATM or other electronic debits shown on this statement which you have not already subtracted.
(c) Any service charges shown on this statement which you have not already subtracted.

## TO DETERMINE THE CURRENT BALANCE IN YOUR ACCOUNT:

**STEP 4**  **List** any outstanding checks or debits written in your register, but not yet appearing on your statement.

| OUTSTANDING CHECKS AND OTHER DEBITS | |
|---|---|
| NUMBER | AMOUNT |
| 1 | $ |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| SUBTOTAL OF COLUMN 1 | $ |

| OUTSTANDING CHECKS AND OTHER DEBITS | |
|---|---|
| NUMBER | AMOUNT |
| 13 | $ |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| SUBTOTAL OF COLUMN 2 | |
| SUBTOTAL OF COLUMN 1 + | |
| TOTAL OUTSTANDING CHECKS AND DEBITS | $ |

**STEP 5**  **Enter** on this line **the Ending Balance** shown in the summary on the front of this statement.

$ 

**STEP 6**  **Enter the total of any deposits or other credits** shown on your register which are not shown on this statement.

$ 

**STEP 7**  **Enter the total of STEPS 5 & 6.**

$ 

**STEP 8**  **Enter TOTAL OUTSTANDING CHECKS & DEBITS** (from **STEP 4**).

$ 

**STEP 9**  **Subtract STEP 8 from STEP 7** and enter the difference here.

$ 

This amount should be your current account balance.

If you have questions, think your statement is incorrect, or for information regarding Treasury Management Services, please contact your M&T Relationship Manager or the Commercial Service Team at 1-800-724-2240, Monday through Friday, 8am - 6pm ET.

## M&T Bank

L018 (11/16)

©2016 M&T Bank. Member FDIC.



# Electronic Deposit Image

$646.68

Customer Name:  Mobile
Customer Number: MOBILE
Confirmation Number: 3200062831830
Transaction Date: 04/22/2023 05:03:43

Transmission Date: 04/22/2023 05:03:51
Business Date: 04/24/2023
MOBILE CHECK DEPOSIT

538196619                     ████2016



THIS DOCUMENT HAS A TRUE WATERMARK.      ABSENCE OF THIS FEATURE WILL INDICATE A COPY

**OFFICIAL CHECK**

**secu**

971 Corporate Blvd.
Linthicum, MD 21090-2337
Tel: 410-487-SECU

49-55/1031                    601143106

DATE
April 22, 2023        AMOUNT

PAY   Six Hundred Forty-Six and 68/100•••••••••••••••••••••••••••••••    $ ••••••••646.68

DRAWER: STATE EMPLOYEES CREDIT UNION OF MARYLAND, INC.

TO THE
ORDER
OF        Ms. Srinath Dharmapadam

AUTHORIZED SIGNATURE

AUTHORIZED SIGNATURE

ISSUED BY MONEYGRAM PAYMENT SYSTEMS, INC. P.O. BOX 9476 MINNEAPOLIS, MN 55440 DRAWEE: BOKF, NA, TULSA, OK

⑈601143106⑈ ⑈103100551⑈ ▇▇▇▇ 386⑈



M&T Bank
Cust: Mobile
Account: ▇▇▇▇▇▇20
Returns RT Number 02▇300▇3
Item Date: 04/22/2023



**OFFICIAL CHECK**

**secu**
971 Corporate Blvd.
Linthicum, MD 21090-2337
Tel: 410-487-SECU

49-55/1031                    601143106

DATE
April 22, 2023        AMOUNT

PAY   Six Hundred Forty-Six and 68/100********************************        $ ********646.68

TO THE
ORDER
OF          Ms. Srinath Dharmapadam

DRAWER: STATE EMPLOYEES CREDIT UNION OF MARYLAND, INC.

From Account: ▉▉▉1554

ISSUED BY MONEYGRAM PAYMENT SYSTEMS, INC. P.O. BOX 9476 MINNEAPOLIS, MN 55410 DRAWEE: BOKF, NA, ELTAULA, OK

128434 HAGERSTOWN                    7          04-22-2023          04-22-2023 12:30:19 PM

FILE COPY

---

PLEASE DETACH BEFORE DEPOSITING AND RETAIN FOR YOUR RECORDS

**OFFICIAL CHECK**

**secu**
971 Corporate Blvd.
Linthicum, MD 21090-2337
Tel: 410-487-SECU

49-55/1031                    601143106

DATE
April 22, 2023        AMOUNT

PAY   Six Hundred Forty-Six and 68/100********************************        $ ********646.68

TO THE
ORDER
OF          Ms. Srinath Dharmapadam

DRAWER: STATE EMPLOYEES CREDIT UNION OF MARYLAND, INC.

AUTHORIZED SIGNATURE
NON-NEGOTIABLE
AUTHORIZED SIGNATURE

ISSUED BY MONEYGRAM PAYMENT SYSTEMS, INC. P.O. BOX 9476 MINNEAPOLIS, MN 55410 DRAWEE: BOKF, NA, ELTAULA, OK

CUSTOMER COPY

---

**OFFICIAL CHECK**

THIS DOCUMENT HAS A TRUE WATERMARK          ABSENCE OF THIS FEATURE WILL INDICATE A COPY

**secu**
971 Corporate Blvd.
Linthicum, MD 21090-2337
Tel: 410-487-SECU

49-55/1031                    601143106

DATE
April 22, 2023        AMOUNT

PAY   Six Hundred Forty-Six and 68/100********************************        $ ********646.68

TO THE
ORDER
OF          Ms. Srinath Dharmapadam

DRAWER: STATE EMPLOYEES CREDIT UNION OF MARYLAND, INC.

*AUTHORIZED SIGNATURE*
*AUTHORIZED SIGNATURE*

ISSUED BY MONEYGRAM PAYMENT SYSTEMS, INC. P.O. BOX 9476 MINNEAPOLIS, MN 55410 DRAWEE: BOKF, NA, ELTAULA, OK

⑆601143106⑆ ⑆103100551⑈ ▉▉▉▉ 1386⑈

April 22, 2023 12:29 PM

INTERNAL    $493.64


Acct#: ***1554  Share Savings
Amt: $493.64       Deposit
Current Balance: $646.67
Available Balance: $636.67

Acct#: ***1562  SECU Total Checking
Amt: $493.64       Closeout Withdrawal
Current Balance: $0.00
Available Balance: $0.00

Thank you for choosing SECU!

Deposits may not be available
for immediate withdrawal.

HAGERSTOWN        CB#: 274



April 22, 2023 12:30 PM

INTERNAL    $646.68


Acct#: ***1554  Share Savings
Amt: $646.68      Closeout Withdrawal
Current Balance: $0.00
Available Balance: -$10.00

Thank you for choosing SECU!

Deposits may not be available
for immediate withdrawal.

HAGERSTOWN       CB#: 274



SRINATH DHARMAPADAM
19010 MAPLE VALLEY CIRCLE
HAGERSTOWN MD 21742

## Statement Summary

| Account Number | Type | Balance |
|---|---|---|
| 8022711554 | Share Savings | 0.00 |
| 8022711562 | SECU Total Checking | 0.00 |

### Account Summary for Share Savings - █████

| Starting Balance | + | Deposits | + | Dividend Paid | - | Withdrawals | - | Service Charges | = | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 153.03 | | 493.64 | | 0.01 | | 646.68 | | 0.00 | | 0.00 |

### Transactions for Share Savings - █████

| Date | Description | Drafts/Debits | Deposits/Credits | Balance |
|---|---|---|---|---|
| | | | | 153.03 |
| 04-01 | Starting Balance | | | |
| 04-22 | Deposit | | 493.64 | 646.67 |
| 04-22 | Closeout Withdrawal | -646.68 | | -0.01 |
| 04-22 | Credit Interest | | 0.01 | 0.00 |

The amount of Dividend earned between 04-01-2023 and 04-22-2023 is $0.01.
The average daily balance during this period was 153.03.
The minimum balance during this period was 0.00.
The Annual Percentage Yield Earned for this account is 0.11%.

### Account Summary for SECU Total Checking - █████1562

| Starting Balance | + | Deposits | + | Dividend Paid | - | Withdrawals | - | Service Charges | = | Ending Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 492.64 | | 1.00 | | 0.00 | | 493.64 | | 0.00 | | 0.00 |

### Transactions for SECU Total Checking - 8022711562

| Date | Description | Drafts/Debits | Deposits/Credits | Balance |
|---|---|---|---|---|
| | | | | 492.64 |
| 04-01 | Starting Balance | | | |
| 04-18 | NOW Deposit Zelle From DHIREN SHAH +1-800-879-7328 | | 1.00 | 493.64 |
| 04-22 | Statement Print Service Charge | -5.00 | | 488.64 |
| 04-22 | Statement Copy Fee ($5.00) Reversal | | 5.00 | 493.64 |

SRINATH DHARMAPADAM
19010 MAPLE VALLEY CIRCLE
HAGERSTOWN   MD   21742

## SECU Total Checking - 8022711562 CONTINUED

| Date | Description | Drafts/<br>Debits | Deposits/<br>Credits | Balance |
|------|-------------|-------------------|----------------------|---------|
| 04-22 | Closeout Withdrawal | -493.64 | | 0.00 |

The amount of Dividend earned between 04-01-2023 and 04-22-2023 is $0.00.
The average daily balance during this period was 492.83.
The minimum balance during this period was 0.00.
The Annual Percentage Yield Earned for this account is 0.00%.