Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11       12/17

Month: August 2023                                Date report filed: 12/11/2023
                                                                    MM / DD / YYYY
Line of business: Independent Contractor          NAISC code: 541600

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party:                    Srinath Dharmapadam
Original signature of responsible party   _[signature]_
Printed name of responsible party     Srinath Dharmapadam

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|---|---|---|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name Srinath Dharmapadam & Purvi Dharmapadam     Case number 4:23-bk-00487

17. Have you paid any bills you owed before you filed bankruptcy? ☐ ☑ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**  $ 49,713.39

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.     $ 9,230.80

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.     – $ 3,690.84

22. **Net cash flow**     + $ 5,539.96

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**     = $ 55,253.35

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**     $ 0.00

    *(Exhibit E)*

Debtor Name  Srinath Dharmapadam & Purvi Dharmapadam          Case number 4:23-bk-00487

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                      $ _____0.00_____

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                                   _____0_____
27. What is the number of employees as of the date of this monthly report?                      _____0_____

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?              $ _____0.00_____
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed? $ _____0.00_____
30. How much have you paid this month in other professional fees?                                        $ _____0.00_____
31. How much have you paid in total other professional fees since filing the case?                       $ _____0.00_____

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A<br>**Projected**<br>Copy lines 35-37 from the previous month's report. | − | Column B<br>**Actual**<br>Copy lines 20-22 of this report. | = | Column C<br>**Difference**<br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 9,230.80 | − | $ 9,230.80 | = | $ 0.00 |
| 33. **Cash disbursements** | $ 2,600.00 | − | $ 3,690.84 | = | $ -1,090.84 |
| 34. **Net cash flow** | $ 6,630.80 | − | $ 5,539.96 | = | $ 1,090.84 |

35. Total projected cash receipts for the next month:              $ 9,230.80
36. Total projected cash disbursements for the next month:       − $ 2,600.00
37. Total projected net cash flow for the next month:            = $ 6,630.80

Official Form 425C          Monthly Operating Report for Small Business Under Chapter 11                          page 3

Case 4:23-bk-00487-MJC    Doc 79    Filed 12/11/23    Entered 12/11/23 16:02:03    Desc
Main Document    Page 3 of 11

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

- [ ] 39. Bank reconciliation reports for each account.

- [ ] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

- [ ] 41. Budget, projection, or forecast reports.

- [ ] 42. Project, job costing, or work-in-progress reports.

Exhibit C Form 425 C Case No. 23-00487

**Purvi & Srinath Chapter 11 Accounting 09/19/23**

**August 2023**

| Type | Date | Num | Name | | Amount |
|---|---|---|---|---|---|
| **Total Income** | | | | | |
| 1099 Income & Consultancy Fee | | | | | |
| Deposit | 08/04/2023 | | Inter Continental Export Import | $ | 1,153.85 |
| Deposit | 08/11/2023 | | Inter Continental Export Import | $ | 1,153.85 |
| Deposit | 08/18/2023 | | Inter Continental Export Import | $ | 1,153.85 |
| Deposit | 08/25/2023 | | Inter Continental Export Import | $ | 1,153.85 |
| **TOTAL** | | | | $ | 4,615.40 |
| **Estya Group LLC** | | | | | |
| Deposit | 08/04/2023 | | Jobs in USA LLC | $ | 1,153.85 |
| Deposit | 08/11/2023 | | Jobs in USA LLC | $ | 1,153.85 |
| Deposit | 08/18/2023 | | Jobs in USA LLC | $ | 1,153.85 |
| Deposit | 08/25/2023 | | Jobs in USA LLC | $ | 1,153.85 |
| | | | **Total Estya Group LLC** | $ | 4,615.40 |
| | | | **Grand Total** | $ | 9,230.80 |

## Purvi & Srinath Chapter 11 Accounting
## Exhibit D Form 425 C Case No. 23-00487
### August 2023

| Type | Date | Num | Account | Amount |
|---|---|---|---|---|
| **Amazon** | | | | |
| Bill | 08/02/2023 | | Toiletries & Cosmetics | 9.05 |
| Bill | 08/11/2023 | | Pet Expense | 28.06 |
| Bill | 08/11/2023 | | Groceries | 23.55 |
| Bill | 08/11/2023 | | Pet Expense | 60.41 |
| Bill | 08/12/2023 | | Groceries | 9.98 |
| Bill | 08/12/2023 | | Toiletries & Cosmetics | 21.19 |
| Total Amazon | | | | 152.24 |
| **Banner Life** | | | | |
| Bill | 08/07/2023 | | LIfe Insurance | 308.10 |
| Total Banner Life | Premium paid quarterly. | | | 308.10 |
| **Columbia Gas** | | | | |
| Bill | 08/18/2023 | | Gas | 30.20 |
| Total Columbia Gas | | | | 30.20 |
| **Connect By AMFAM** | | | | |
| Bill | 08/02/2023 | | Auto Insurance | 754.00 |
| Total Connect By AMFAM | This is for six months. | | | 754.00 |
| **CVS** | | | | |
| Bill | 08/25/2023 | | Health care | 2.00 |
| Total CVS | | | | 2.00 |
| **First Energy** | | | | |
| Bill | 08/03/2023 | | Electric | 56.64 |
| Total First Energy | | | | 56.64 |
| **Google Storage** | | | | |
| Bill | 08/19/2023 | Yearly | Office Supply | 21.19 |

Additional expenses:  
Insurance Auto $754  
Insurance Life  $308  
Total           $1,062

Case 4:23-bk-00487-MJC   Doc 79   Filed 12/11/23   Entered 12/11/23 16:02:03   Desc
Main Document    Page 6 of 11

Purvi & Srinath Chapter 11 Accounting
Exhibit D Form 425 C Case No. 23-00487
August 2023

| Type | Date | Num | Account | Amount |
|---|---|---|---|---|
| Total Google Storage | | | | 21.19 |
| **Hagerstown City Water** | | | | |
| Bill | 08/15/2023 | 151 | Water | 241.52 |
| Total Hagerstown City Water | | | | 241.52 |
| **Loft Card** | | | | |
| Bill | 08/06/2023 | Foreign currency ... | Misc | 8.42 |
| Bill | 08/18/2023 | Target | Misc | 15.89 |
| Bill | 08/19/2023 | TST Pizza | Meals and Entertainment | 14.03 |
| Bill | 08/21/2023 | Asian Bistro | Meals and Entertainment | 15.85 |
| Bill | 08/21/2023 | | Meals and Entertainment | 7.73 |
| Bill | 08/22/2023 | MVA | Gas for Car & Maintenance | 135.00 |
| Total Loft Card | | | | 196.92 |
| **Long Meadow Vet** | | | | |
| Bill | 08/11/2023 | | Pet Expense | 141.99 |
| Total Long Meadow Vet | | | | 141.99 |
| **Los Amigos** | | | | |
| Bill | 08/05/2023 | | Meals and Entertainment | 100.00 |
| Total Los Amigos | | | | 100.00 |
| **Martins** | | | | |
| Bill | 08/06/2023 | | Groceries | 16.32 |
| Bill | 08/30/2023 | | Groceries | 14.99 |
| Total Martins | | | | 31.31 |
| **Mortgage** | | | | |
| Bill | 08/02/2023 | | Phh Mortgage | 1,000.00 |
| Total Mortgage | | | | 1,000.00 |
| **SamsClub** | | | | |

**Purvi & Srinath Chapter 11 Accounting**
**Exhibit D Form 425 C Case No. 23-00487**
August 2023

| Type | Date | Num | Account | Amount |
|---|---|---|---|---|
| Bill | 08/06/2023 | | Groceries | 42.74 |
| Bill | 08/06/2023 | | Gas for Car & Maintenance | 50.64 |
| Bill | 08/17/2023 | | Toiletries & Cosmetics | 15.30 |
| Bill | 08/17/2023 | | Clothing | 4.00 |
| Bill | 08/17/2023 | | Groceries | 89.92 |
| Bill | 08/17/2023 | | Gas for Car & Maintenance | 45.47 |
| Bill | 08/19/2023 | | Gas for Car & Maintenance | 53.13 |
| Bill | 08/19/2023 | | Groceries | 10.00 |
| Bill | 08/19/2023 | | Clothing | 9.08 |
| Bill | 08/21/2023 | | Gas for Car & Maintenance | 59.42 |
| Bill | 08/29/2023 | | Groceries | 46.94 |
| Bill | 08/29/2023 | | Meals and Entertainment | 2.10 |
| Bill | 08/29/2023 | gas | Gas for Car & Maintenance | 52.29 |
| **Total SamsClub** | | | | **481.03** |
| **Sheetz** | | | | |
| Bill | 08/19/2023 | | Gas for Car & Maintenance | 15.87 |
| **Total Sheetz** | | | | **15.87** |
| **T-Mobile** | | | | |
| Bill | 08/03/2023 | | Telephone & Internet | 157.83 |
| **Total T-Mobile** | | | | **157.83** |
| **TOTAL** | | | | **3,690.84** |
| | | | Less Payment > 1 month | 1,062.00 |
| | | | Balance (Including Mortgage $1,000) | 2,628.84 |

Strictly Confidential



# M&T Bank

Messages (2)  Log Out >

Accounts | Payments and Transfers | Services | Settings and Support     Welcome back SRINATH

## MyChoice Plus Checking (2016)
(Nickname)

View Account: MyChoice Plus Checking (2016)  Go >

**Total Balance:** $13,614.66  **Available Balance:** $13,599.53

Thank you for banking with M&T.

### My Shortcuts     Edit
Create shortcuts to your most frequently used online services.
⊕ Add Shortcuts

Recent Activity | Last 7 Years | Account Info       View Alerts | Schedule a Transfer | Pay a Bill

### PENDING
View Scheduled Transfers ($0.00) | View Scheduled Bill Payments ($0.00)

| Date | Description | Debit (-) | Credit (+) | Balance |
|---|---|---|---|---|
| 09/20/2023 | WEIS MARKETS 081 | -$15.13 | | Pending |

### POSTED
Export Transaction History | View Cleared Checks

Load more transactions (Older)    Date Range (In last 90 days only): 08/01/2023 To 08/31/2023  Update

| Date | Description | Debit (-) | Credit (+) | Balance |
|---|---|---|---|---|
| 08/25/2023 | COMENITY PAY SM WEB PYMT | -$655.03 | | $11,736.95 |
| 08/25/2023 | B3875 JOBS IN US DIR DEP | | $1,153.85 | $12,391.98 |
| 08/21/2023 | CHECK 0151 (View) | -$241.52 | | $11,238.13 |
| 08/21/2023 | COLUMBIA GAS MD SERV PYMT | -$30.20 | | $11,479.65 |
| 08/18/2023 | B3875 JOBS IN US DIR DEP | | $1,153.85 | $11,509.85 |
| 08/11/2023 | BANNER LIFE PREM DEBIT | -$308.10 | | $10,356.00 |
| 08/11/2023 | B3875 JOBS IN US DIR DEP | | $1,153.85 | $10,664.10 |
| 08/09/2023 | COMENITY PAY SM WEB PYMT | -$1,007.04 | | $9,510.25 |
| 08/07/2023 | BANNER LIFE PREM DEBIT | -$308.10 | | $10,517.29 |
| 08/07/2023 | FIRSTENERGY OPCO ACH | -$56.64 | | $10,825.39 |
| 08/04/2023 | B3875 JOBS IN US DIR DEP | | $1,153.85 | $10,882.03 |
| 08/03/2023 | T-MOBILE PCS SVC | -$157.83 | | $9,728.18 |
| 08/02/2023 | MORTGAGE SERV CT MTG PAYMT | -$1,000.00 | | $9,886.01 |

Last login at 5:25 pm ET on Tuesday, September 19, 2023

Privacy Notice | Security Assurance | Digital Services Agreement | ESign Agreement | Accessibility | Site Map | mtb.com

MEMBER FDIC  Equal Housing Lender NMLS#381076  Entrust

©2023 M&T Bank. All Rights Reserved.



FOR INQUIRIES CALL: BALD EAGLE
(570) 748-5391

00  0 04503M NM  017

000000                            N

ESTYA GROUP LLC
19010 MAPLE VALLEY CIR
HAGERSTOWN MD 21742

| ACCOUNT TYPE ||
|---|---|
| M&T SIMPLE CHECKING FOR BUSINESS · ||
| ACCOUNT NUMBER | STATEMENT PERIOD |
| 1038 | 08/01/23 - 08/31/23 |
| BEGINNING BALANCE | $36,016.06 |
| DEPOSITS & CREDITS | 4,615.40 |
| LESS CHECKS & DEBITS | 0.00 |
| LESS SERVICE CHARGES | 0.00 |
| ENDING BALANCE | $40,631.46 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 08/01/2023 | BEGINNING BALANCE | | | $36,016.06 |
| 08/04/2023 | B3875 JOBS IN US DIR DEP   999892 | $1,153.85 | | 37,169.91 |
| 08/11/2023 | B3875 JOBS IN US DIR DEP   999892 | 1,153.85 | | 38,323.76 |
| 08/18/2023 | B3875 JOBS IN US DIR DEP   999892 | 1,153.85 | | 39,477.61 |
| 08/25/2023 | B3875 JOBS IN US DIR DEP   999892 | 1,153.85 | | 40,631.46 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 4 | 0 | |

MANUFACTURERS AND TRADERS TRUST COMPANY
ONE SOUTH MARKET SQUARE HARRISBURG, PA 17102

# HOW TO BALANCE YOUR M&T BANK ACCOUNT

## TO BALANCE YOUR ACCOUNT WITH THIS STATEMENT COMPLETE STEPS 1, 2, & 3.

**STEP 1**    **Place a checkmark ( ✔ )** beside each item listed on this statement which has a corresponding entry in your register.
Also place a checkmark next to the item in your register.

**STEP 2**    **Add** to your register:
(a) Any deposits and other credits shown on this statement which you have not already entered.
(b) Any interest this statement shows credited to your account.

**STEP 3**    **Subtract** from your register:
(a) Any checks or other withdrawals shown on this statement which you did not enter into your register.
(b) Any automatic loan payments or ATM or other electronic debits shown on this statement which you have not already subtracted.
(c) Any service charges shown on this statement which you have not already subtracted.

## TO DETERMINE THE CURRENT BALANCE IN YOUR ACCOUNT:

**STEP 4**    **List** any outstanding checks or debits written in your register, but not yet appearing on your statement.

| OUTSTANDING CHECKS AND OTHER DEBITS | | OUTSTANDING CHECKS AND OTHER DEBITS | |
|---|---|---|---|
| NUMBER | AMOUNT | NUMBER | AMOUNT |
| 1 | $ | 13 | $ |
| 2 | | 14 | |
| 3 | | 15 | |
| 4 | | 16 | |
| 5 | | 17 | |
| 6 | | 18 | |
| 7 | | 19 | |
| 8 | | 20 | |
| 9 | | 21 | |
| 10 | | 22 | |
| 11 | | SUBTOTAL OF COLUMN 2 | |
| 12 | | SUBTOTAL OF COLUMN 1 + | |
| SUBTOTAL OF COLUMN 1 | $ | TOTAL OUTSTANDING CHECKS AND DEBITS | $ |

**STEP 5**    Enter on this line **the Ending Balance** shown in the summary on the front of this statement.    $

**STEP 6**    **Enter the total of any deposits or other credits** shown on your register which are not shown on this statement.    $

**STEP 7**    **Enter the total of STEPS 5 & 6.**    $

**STEP 8**    **Enter TOTAL OUTSTANDING CHECKS & DEBITS (from STEP 4).**    $

**STEP 9**    **Subtract STEP 8 from STEP 7** and enter the difference here.    $

This amount should be your current account balance.

If you have questions, think your statement is incorrect, or for information regarding Treasury Management Services, please contact your M&T Relationship Manager or the Commercial Service Team at 1-800-724-2240, Monday through Friday, 8am - 6pm ET.

# M&T Bank

L018 (11/16)      ©2016 M&T Bank. Member FDIC.