United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-00487-MJC |
| Srinath Dharmapadam | Chapter 11 |
| Purvi Srinath Dharmapadam | |
|     Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0314-4      User: AutoDocke      Page 1 of 3
Date Rcvd: Jan 24, 2024      Form ID: nthrgreq      Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 26, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Srinath Dharmapadam, Purvi Srinath Dharmapadam, 19010 Maple Valley Circle, Hagerstown, MD 21742-2210 |
| cr | + | Small Business Administration, Parkview tower, 1150 first Avenue, Suite 1001, King of Prussia, PA 19406-1393 |
| 5526552 | + | Balagan Arumugaswamy, 12100 Franklin Street, Beltsville, MD 20705-1174 |
| 5529156 | + | Coploff, Ryan & Houser, 136 East Water Street, P.O. Box 389, Lock Haven, PA 17745-0389 |
| 5526555 | + | Estya Group, LLC, 19010 Maple Valley Circle, Hagerstown, MD 21742-2210 |
| 5526556 | | Finnegan's Sports Bar, Inc., 19010 Maple Valley Circle, Hagerstown, MD 21742-2210 |
| 5526557 | + | Great American Capital Group, 14209 Carol Way, Suite 101, Newark, TX 76071-8932 |
| 5526558 | + | John Caleb Bee, Esquire, 811 University Drive, State College, PA 16801-6624 |
| 5526559 | + | Justin Houser, Esquire, Coploff, Ryan & Houser, 136 East Water Street - PO Box 389, Lock Haven, PA 17745-0389 |
| 5526560 | | Milesburg Hospitality, LLC, 19010 Maple Valley Circle, Hagerstown, MD 21742-2210 |
| 5526561 | + | Miller, Kistler & Campbell, 720 South Atherton Street, Suite 201, State College, PA 16801-4669 |
| 5537588 | + | PHH Mortgage Corp, c/o Brian C Nicholas Esq, BNY Mellon Independence Center, 701 Market St Ste 5000, Philadelphia, PA 19106-1541 |
| 5548503 | + | Small Business Administration An Agency of the Un, 660 American Ave, Suite 301, King of Prussia, PA 19406-4032 |
| 5526564 | + | Sreedhar Nooli, 20239 Kentucky Oaks Court, Ashburn, VA 20147-3167 |
| 5526565 | | Srivigna Management, Inc., 19010 Maple Valley Circle, Hagerstown MD 21742-2210 |
| 5526566 | + | Sunil Chanchala, 11 Danielle Lane, Monroe Township, NJ 08831-5331 |
| 5547269 | + | West Town Bank & Trust, c/o John W Lhota Esq, 720 South Atherton St Ste 201, State College, PA 16801-4669 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: mcrawford@westtownbank.com | Jan 24 2024 19:29:00 | West Town Bank & Trust, 8450 Falls Neuse Road, Suite 202, Raleigh, NC 27615-3549 |
| 5548373 | | Email/PDF: bncnotices@becket-lee.com | Jan 24 2024 19:43:03 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5526554 | | Email/Text: Bankruptcymail@marylandtaxes.gov | Jan 24 2024 19:28:00 | Comptroller of Maryland, Revenue Admin Ctr, 110 Carroll Street, Annapolis, MD 21411 |
| 5526550 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 24 2024 19:29:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5526553 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 24 2024 19:32:47 | Chase Card Services, Attn: Bankruptcy, PO 15298, Wilmington, DE 19850 |
| 5532150 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jan 24 2024 19:28:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5537968 | | Email/Text: ServicingAdmin@navitascredit.com | Jan 24 2024 19:28:00 | Navitas Credit Corp., 201 Executive Center Dr. Suite 100, Columbia, SC 29210 |
| 5526551 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 24 2024 19:29:00 | PA Dept of Revenue, Attn: Bankruptcy Division, Dept 280946, Harrisburg, PA 17128-0946 |
| 5526562 | + | Email/Text: BKEBN-Notifications@ocwen.com | Jan 24 2024 19:28:00 | PHH Mortgage, Attn: Bankruptcy, PO Box 5452, Mount Laurel, NJ 08054-5452 |

| Recip ID | Bypass | Email/Notice | Date | Name and Address |
|---|---|---|---|---|
| 5532483 | | Email/Text: BKEBN-Notifications@ocwen.com | Jan 24 2024 19:28:00 | PHH Mortgage Corporation, Attn: Bankruptcy Department, PO Box 24605, West Palm Beach, FL 33416-4605 |
| 5529047 | + | Email/Text: ecfbnc@aldridgepite.com | Jan 24 2024 19:29:00 | PHH Mortgage Corporation, c/o Jesse A.P. Baker, ALDRIDGE PITE, LLP, 8880 Rio San Diego Drive, Suite 725, San Diego, CA 92108-1619 |
| 5526563 | + | Email/Text: bankruptcynotices@sba.gov | Jan 24 2024 19:29:00 | Small Business Administration, United States Government, PO Box 3918, Portland, OR 97208-3918 |
| 5526567 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jan 24 2024 19:28:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Drive, Suite 550, Weldon Springs, MO 63304-2225 |
| 5526568 | + | Email/Text: mcrawford@westtownbank.com | Jan 24 2024 19:29:00 | West Town Bank & Trust, 7820 West 26th Street, Riverside, IL 60546-1599 |

TOTAL: 14

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| cr | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| 5551295 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5548447 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5548510 | *+ | Small Business Administration, An Agency of the Un, 660 American Avenue, Suite 301, King of Prussia, PA 19406-4032 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 24, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Gary J Imblum | on behalf of Debtor 1 Srinath Dharmapadam gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Gary J Imblum | on behalf of Debtor 2 Purvi Srinath Dharmapadam gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| John William Lhota | on behalf of Creditor West Town Bank & Trust JLhota@mkclaw.com |

| | |
|---|---|
| Joseph P Schalk | on behalf of Asst. U.S. Trustee United States Trustee joseph.schalk@usdoj.gov ustpregion03.ha.ecf@usdoj.gov |
| Lisa Ann Rynard | larynard@larynardlaw.com aburd@pkh.com,PA88@ecfcbis.com |
| Lisa M. Doran | on behalf of Creditor American Express National Bank ldoran@dorananddoran.com LDoran@jubileebk.net |
| Michael Patrick Farrington | on behalf of Creditor PHH Mortgage Corporation mfarrington@kmllawgroup.com |
| Suzanne P. Conaboy | on behalf of Creditor Small Business Administration Suzanne.Scanlon@usdoj.gov bethany.a.haase@usdoj.gov |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Srinath Dharmapadam

**Debtor 1**

Purvi Srinath Dharmapadam
aka Purvi P. Tijoriwala

**Debtor 2**

Chapter: 11

Case number: 4:23−bk−00487−MJC

Document Number: 87

Matter: US Trustee's Motion to Convert or Dismiss Case

Andrew R. Vara,
United States Trustee
**Movant(s)**

vs.

Srinath Dharmapadam
Purvi Srinath Dharmapadam
**Respondent(s)**

## Notice

Notice is hereby given that:

This Bankruptcy Petition was filed on March 8, 2023.

A hearing on the above referenced matter has been scheduled for:

| | |
|---|---|
| **United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701** | **Date: 2/22/24** <br> **Time: 10:00 AM** |

Any objection/response to the above referenced matter must be filed and served on or before **February 14, 2024**.

Any objection/response filed will be heard at the above scheduled hearing.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** <br> 197 S Main St, Wilkes−Barre, PA 18701 <br> 570−831−2500 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: ChristopherGambini, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: January 24, 2024 |

nthrgreq(02/19)