**Fill in this information to identify the case:**

Debtor Name: Srinath Dharmapadam & Purvi Dharmapadam

United States Bankruptcy Court for the: Middle District of Pennsylvania

Case number: 4:23-bk-00487

☐ Check if this is an amended filing

Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11 12/17

Month: December 2023  Date report filed: 02/01/2024
                                          MM / DD / YYYY
Line of business: Independent Contractor  NAISC code: 541600

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: Srinath Dharmapadam

Original signature of responsible party: /s/ Srinath Dharmapadam

Printed name of responsible party: Srinath Dharmapadam

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

**If you answer No to any of the questions in lines 1-9, attach an explanation and label it Exhibit A.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☒ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☒ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☒ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☒ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☒ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☒ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☒ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☒ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☒ | ☐ | ☐ |

**If you answer Yes to any of the questions in lines 10-18, attach an explanation and label it Exhibit B.**

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☒ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☒ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☒ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☒ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☒ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☒ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☒ | ☐ |

Official Form 425C  Monthly Operating Report for Small Business Under Chapter 11  page 1

Debtor Name  Srinath Dharmapadam & Purvi Dharmapadam       Case number 4:23-bk-00487

17. Have you paid any bills you owed before you filed bankruptcy?  ☐ ☑ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**  $ 75,643.77

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.    $ 23,711.34

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.    − $ 2,928.72

22. **Net cash flow**    + $ 20,782.62

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.    = $ 96,426.39

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**    $ 0.00

    *(Exhibit E)*

Debtor Name  Srinath Dharmapadam & Purvi Dharmapadam     Case number  4:23-bk-00487

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. Total receivables                                                                                           $ _____0.00

    *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                                                   0
27. What is the number of employees as of the date of this monthly report?                                      0

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?                     $ _____0.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?       $ 391.00
30. How much have you paid this month in other professional fees?                                               $ _____0.00
31. How much have you paid in total other professional fees since filing the case?                              $ 391.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A<br>**Projected**<br>Copy lines 35-37 from the previous month's report. | − | Column B<br>**Actual**<br>Copy lines 20-22 of this report. | = | Column C<br>**Difference**<br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 9,230.80 | − | $ 23,711.34 | = | $ -14,480.54 |
| 33. **Cash disbursements** | $ 3,200.00 | − | $ 2,928.72 | = | $ 271.28 |
| 34. **Net cash flow** | $ 6,030.80 | − | $ 20,782.62 | = | $ -14,751.82 |

35. Total projected cash receipts for the next month:                                                           $    9,230.80
36. Total projected cash disbursements for the next month:                                                     − $    3,200.00
37. Total projected net cash flow for the next month:                                                          = $    6,030.80

Official Form 425C          Monthly Operating Report for Small Business Under Chapter 11          page 3

Case 4:23-bk-00487-MJC    Doc 92    Filed 02/01/24    Entered 02/01/24 14:00:03    Desc
Main Document    Page 3 of 13

Debtor Name Srinath Dharmapadam & Purvi Dharmapadam    Case number 4:23-bk-00487

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

- [ ] 39. Bank reconciliation reports for each account.

- [ ] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

- [ ] 41. Budget, projection, or forecast reports.

- [ ] 42. Project, job costing, or work-in-progress reports.

| | | **Schedule C Statement**    *Srinath Dharmapadam Purvi Dharmapadam*    December 2023 | | |

*Case No. 4:23-bk-00487*

| Type | Date | Name | Amount | |
|---|---|---|---|---|
| **Total Income** | | | | |
| **1099 Income** | | | | |
| Deposit | 01-Dec-23 | Niche Polymer LLC | $ | 1,153.85 |
| Deposit | 08-Dec-23 | Niche Polymer LLC | $ | 1,153.85 |
| Deposit | 15-Dec-23 | Niche Polymer LLC | $ | 1,153.85 |
| Deposit | 22-Dec-23 | Niche Polymer LLC | $ | 3,153.85 |
| Deposit | 29-Dec-23 | Niche Polymer LLC | $ | 1,153.85 |
| | | Total 1099 Income | $ | 7,769.25 |
| | | | | |
| Deposit | 22-Dec-23 | Distribution From Investments | $ | 10,000.00 |
| | | **Estya Group LLC** | | |
| Deposit | 01-Dec-23 | Niche Polymer LLC | $ | 1,153.85 |
| Deposit | 08-Dec-23 | Niche Polymer LLC | $ | 1,153.85 |
| Deposit | 15-Dec-23 | Niche Polymer LLC | $ | 1,153.85 |
| Deposit | 22-Dec-23 | Niche Polymer LLC | $ | 1,153.85 |
| Deposit | 29-Dec-23 | Interest | $ | 172.84 |
| Deposit | 29-Dec-23 | Niche Polymer LLC | $ | 1,153.85 |
| | | Total Estya Income | $ | 5,942.09 |
| | | **Total Cash Inflow December 2023** | $ | 23,711.34 |

| Vendor name | Type | Date | Account | Amount |
|---|---|---|---|---|
| **Amazon** | | | | |
| | Check | 12/01/2023 | Toiletries & Cosmetics | $ 26.48 |
| | Check | 12/11/2023 | Pet Expense | $ 4.08 |
| | Check | 12/11/2023 | Toiletries & Cosmetics | $ 9.53 |
| | Check | 12/15/2023 | Homeimprovement | $ 152.63 |
| | Check | 12/18/2023 | Homeimprovement | $ 16.99 |
| Total Amazon | | | | $ 209.71 |
| **Columbia Gas** | | | | |
| | Check | 12/21/2023 | Gas | $ 151.34 |
| Total Columbia Gas | | | | $ 151.34 |
| **CVS** | | | | |
| | Bill | 12/03/2023 | Health care | $ 0.33 |
| Total CVS | | | | $ 0.33 |
| **El Ranchero** | | | | |
| | Check | 12/11/2023 | Meals and Entertainment | $ 43.40 |
| Total El Ranchero | | | | $ 43.40 |
| **First Energy** | | | | |
| | Check | 12/05/2023 | Electric | $ 59.84 |
| Total First Energy | | | | $ 59.84 |
| **Hagerstown City Water** | | | | |
| | Check | 12/05/2023 | Water | $ 286.96 |
| Total Hagerstown City Water | | | | $ 286.96 |
| **Long Meadow Vet** | | | | |
| | Check | 12/01/2023 | Pet Expense | $ 142.25 |
| Total Long Meadow Vet | | | | $ 142.25 |
| **Martins** | | | | |
| | Check | 12/18/2023 | Groceries | $ 6.48 |
| Total Martins | | | | $ 6.48 |
| **Mortgage** | | | | |
| | Check | 12/04/2023 | Phh Mortgage | $ 974.48 |
| Total Mortgage | | | | $ 974.48 |
| **MTB Visa** | | | | |
| | Check | 12/05/2023 | Meals and Entertainment | $ 24.13 |
| | Check | 12/18/2023 | Pet Expense | $ 12.71 |
| | Check | 12/26/2023 | Meals and Entertainment | $ 18.13 |
| | Check | 12/27/2023 | Gas for Car & Maintenance | $ 10.01 |
| | Check | 12/28/2023 | Meals and Entertainment | $ 7.19 |
| | Check | 12/31/2023 | Misc | $ 0.30 |
| Total MTB Visa | | | | $ 72.47 |
| **Desi Bazaar** | | | | |
| | Bill | 12/03/2023 | Groceries | $ 53.89 |
| Total Desi Bazaar | | | | $ 53.89 |

| Vendor name | Type | Date | Account | Amount |
|---|---|---|---|---|
| **SamsClub** | | | | |
| | Bill | 12/02/2023 | Gas for Car & Maintenance | $ 24.27 |
| | Bill | 12/03/2023 | Groceries | $ 25.03 |
| | Check | 12/05/2023 | Groceries | $ 21.11 |
| | Check | 12/18/2023 | Gas for Car & Maintenance | $ 149.37 |
| | Check | 12/18/2023 | Groceries | $ 45.89 |
| | Check | 12/18/2023 | Gas for Car & Maintenance | $ 25.16 |
| | Check | 12/18/2023 | Gas for Car & Maintenance | $ 48.39 |
| | Check | 12/26/2023 | Gas for Car & Maintenance | $ 22.78 |
| | Check | 12/26/2023 | Gas for Car & Maintenance | $ 33.10 |
| | Check | 12/26/2023 | Groceries | $ 72.41 |
| | Check | 12/29/2023 | Groceries | $ 114.97 |
| | Check | 12/29/2023 | Health care | $ 45.61 |
| Total SamsClub | | | | $ 628.09 |
| **T-Mobile** | | | | |
| | Check | 12/04/2023 | Telephone & Internet | $ 157.83 |
| Total T-Mobile | | | | $ 157.83 |
| **USPS** | | | | |
| | Check | 12/18/2023 | Misc | $ 141.65 |
| Total USPS | | | | $ 141.65 |
| **TOTAL** | | | | **$ 2,928.72** |



# M&T Bank

Messages (4) | Log Out

**Accounts** | Payments and Transfers | Services | Settings and Support

Welcome back SRINATH

## MTB DIP Account
(Nickname)

View Account: MTB DIP Account | Go

**Total Balance** $33,515.99

**Available Balance** $33,408.04

Thank you for banking with M&T.

**My Shortcuts** — Edit

Create shortcuts to your most frequently used online services.

⊕ Add Shortcuts

**Recent Activity** | Last 7 Years | Account Info

View Alerts | Schedule a Transfer | Pay a Bill

### ▼ PENDING

View Scheduled Transfers ($0.00) | View Scheduled Bill Payments ($0.00)

| Date | Description | Debit (-) | Credit (+) | Balance |
|---|---|---|---|---|
| 01/02/2024 | VENMO *AMAZON | −$87.76 | | Pending |
| 01/02/2024 | WWW.FLASHFOOD.COM | −$7.99 | | Pending |
| 01/02/2024 | MARTINS 6444 | −$12.20 | | Pending |

### ▼ POSTED

Export Transaction History | View Cleared Checks

Load more transactions (Older) | Date Range (In last 90 days only) 12/01/2023 To 12/31/2023 | Update

| Date | Description | Debit (-) | Credit (+) | Balance |
|---|---|---|---|---|
| 12/29/2023 | SAMS CLUB #8193 HAGERSTOWN | −$45.61 | | $33,515.99 |
| 12/29/2023 | SAMSCLUB #8193 HAGERSTOWN | −$114.97 | | $33,561.60 |
| 12/29/2023 | NICHE POLY DIR DEP | | $1,153.85 | $33,676.57 |
| 12/28/2023 | MCDONALDS 19450 141-0531795 | −$7.19 | | $32,522.72 |
| 12/27/2023 | SUNOCO 05129853 CLARKSVILLE 12/26 I56611 ? | −$10.01 | | $32,529.91 |
| 12/26/2023 | HARRIS TEETER #0161 VIRGINIA BEAC | −$18.13 | | $32,539.92 |
| 12/26/2023 | SAMS CLUB #4711 757-631-9791 | −$72.41 | | $32,558.05 |
| 12/26/2023 | SAMS CLUB #4711 VIRGINIA BEAC | −$33.10 | | $32,630.46 |
| 12/26/2023 | SAMS CLUB #8193 HAGERSTOWN | −$22.78 | | $32,663.56 |
| 12/22/2023 | NICHE POLY DIR DEP | | $3,153.85 | $32,686.34 |
| 12/22/2023 | DEPOSIT | | $10,000.00 | $29,532.49 |
| 12/21/2023 | COLUMBIA GAS OF BILLPAY | −$151.34 | | $19,532.49 |
| 12/18/2023 | SAMS CLUB #8193 HAGERSTOWN | −$48.39 | | $19,683.83 |
| 12/18/2023 | PIN MARTINS 6444 HAGERSTOWN | −$6.78 | | $19,732.22 |
| 12/18/2023 | SAMSCLUB #8193 HAGERSTOWN | −$25.16 | | $19,739.00 |
| 12/18/2023 | SAMSCLUB #8193 HAGERSTOWN | −$45.89 | | $19,764.16 |
| 12/18/2023 | SAM'S CLUB HAGERSTOWN 12/16 I02072 ? | −$149.37 | | $19,810.05 |
| 12/18/2023 | PINCB USPS PO 23406805HAGERSTOWN | −$141.65 | | $19,959.42 |

Help ⌃

| Date | Description | Debit (-) | Credit (+) | Balance |
|---|---|---|---|---|
| 12/18/2023 | FAMILY FARM & HOME #60HAGERSTOWN | −$12.71 | | $20,101.07 |
| 12/18/2023 | VENMO *AMAZON SAN JOSE | −$16.99 | | $20,113.78 |
| 12/15/2023 | VENMO *AMAZON SAN JOSE | −$152.63 | | $20,130.77 |
| 12/15/2023 | NICHE POLY DIR DEP | | $1,153.85 | $20,283.40 |
| 12/11/2023 | SAMS CLUB #8193 301-714-0096 | −$75.17 | | $19,129.55 |
| 12/11/2023 | EL RANCHERO HAGERSTOWN | −$43.40 | | $19,204.72 |
| 12/11/2023 | VENMO *AMAZON SAN JOSE | −$9.53 | | $19,248.12 |
| 12/11/2023 | VENMO *AMAZON SAN JOSE | −$4.08 | | $19,257.65 |
| 12/08/2023 | NICHE POLY DIR DEP | | $1,153.85 | $19,261.73 |
| 12/07/2023 | WEGMANS GERMANTOWN #56GERMANTOWN | −$9.54 | | $18,107.88 |
| 12/07/2023 | WEGMANS GERMANTOWN #56GERMANTOWN | −$10.60 | | $18,117.42 |
| 12/07/2023 | WEGMANS GERMANTOWN #56GERMANTOWN | −$3.99 | | $18,128.02 |
| 12/05/2023 | FIRSTENERGY OPCO ACH | −$59.84 | | $18,132.01 |
| 12/05/2023 | SAMSCLUB #8193 HAGERSTOWN | −$21.11 | | $18,191.85 |
| 12/05/2023 | CITY OF HAGERSTOWN MD 301-739-8577 | −$286.96 | | $18,212.96 |
| 12/04/2023 | MORTGAGE SERV CT MTG PAYMT | −$974.48 | | $18,499.92 |
| 12/04/2023 | T-MOBILE PCS SVC | −$157.83 | | $19,474.40 |
| 12/04/2023 | CVS/PHARMACY #0 HAGERSTOWN 12/02 J14684 ? | −$0.33 | | $19,632.23 |
| 12/04/2023 | SAMS CLUB #8193 HAGERSTOWN | −$24.27 | | $19,632.56 |
| 12/04/2023 | SAMS CLUB #8193 HAGERSTOWN 12/02 F05284 ? | −$25.03 | | $19,656.83 |
| 12/04/2023 | DESI BAZAAR COLUMBIA | −$53.89 | | $19,681.86 |
| 12/01/2023 | WWW.LONGMEADOWVET.COM 185-57272395 | −$142.25 | | $19,735.75 |
| 12/01/2023 | VENMO *AMAZON SAN JOSE | −$26.48 | | $19,878.00 |
| 12/01/2023 | NICHE POLY DIR DEP | | $1,153.85 | $19,904.48 |

Last login at 7:43 pm ET on Sunday, December 31, 2023

Privacy Notice | Security Assurance | Digital Services Agreement | ESign Agreement | Accessibility | Site Map | mtb.com





MEMBER FDIC | Equal Housing Lender NMLS#381076 | Entrust

©2023 M&T Bank. All Rights Reserved.



**FOR INQUIRIES CALL:** BALD EAGLE
(570) 748-5391

00   0 04503M NM  017

000000                                    N

**ESTYA GROUP LLC**

| ACCOUNT TYPE | |
|---|---|
| M&T SIMPLE CHECKING FOR BUSINESS | |
| **ACCOUNT NUMBER** | **STATEMENT PERIOD** |
| 1038 | 12/01/23 - 12/31/23 |

| | |
|---|---|
| **BEGINNING BALANCE** | $8,728.60 |
| **DEPOSITS & CREDITS** | 5,769.25 |
| **LESS CHECKS & DEBITS** | 0.00 |
| **LESS SERVICE CHARGES** | 1.00 |
| **ENDING BALANCE** | $14,496.85 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 12/01/2023 | BEGINNING BALANCE | | | $8,728.60 |
| 12/01/2023 | NICHE POLY DIR DEP | $1,153.85 | | 9,882.45 |
| 12/08/2023 | NICHE POLY DIR DEP | 1,153.85 | | |
| 12/08/2023 | SERVICE CHARGE FOR ACCOUNT 1038 | | $1.00 | 11,035.30 |
| 12/15/2023 | NICHE POLY DIR DEP | 1,153.85 | | 12,189.15 |
| 12/22/2023 | NICHE POLY DIR DEP | 1,153.85 | | 13,343.00 |
| 12/29/2023 | NICHE POLY DIR DEP | 1,153.85 | | 14,496.85 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 5 | 0 | |

EFFECTIVE JANUARY 1,2024, TREASURY MANAGEMENT AND COMMERCIAL DEPOSIT SERVICES
PRICING IS CHANGING. VISIT MTB.COM/BBUPDATE2024 FOR DETAILS. YOU'LL ALSO
RECEIVE AN INSERT WITH THE CHANGES IN YOUR NEXT STATEMENT OR IN A SEPARATE
MAILING.



# HOW TO BALANCE YOUR M&T BANK ACCOUNT

## TO BALANCE YOUR ACCOUNT WITH THIS STATEMENT COMPLETE STEPS 1, 2, & 3.

**STEP 1** | **Place a checkmark (✔)** beside each item listed on this statement which has a corresponding entry in your register.
Also place a checkmark next to the item in your register.

**STEP 2** | **Add** to your register:
(a) Any deposits and other credits shown on this statement which you have not already entered.
(b) Any interest this statement shows credited to your account.

**STEP 3** | **Subtract** from your register:
(a) Any checks or other withdrawals shown on this statement which you did not enter into your register.
(b) Any automatic loan payments or ATM or other electronic debits shown on this statement which you have not already subtracted.
(c) Any service charges shown on this statement which you have not already subtracted.

## TO DETERMINE THE CURRENT BALANCE IN YOUR ACCOUNT:

**STEP 4** | **List** any outstanding checks or debits written in your register, but not yet appearing on your statement.

| OUTSTANDING CHECKS AND OTHER DEBITS | | OUTSTANDING CHECKS AND OTHER DEBITS | |
|---|---|---|---|
| NUMBER | AMOUNT | NUMBER | AMOUNT |
| 1 | $ | 13 | $ |
| 2 | | 14 | |
| 3 | | 15 | |
| 4 | | 16 | |
| 5 | | 17 | |
| 6 | | 18 | |
| 7 | | 19 | |
| 8 | | 20 | |
| 9 | | 21 | |
| 10 | | 22 | |
| 11 | | SUBTOTAL OF COLUMN 2 | |
| 12 | | SUBTOTAL OF COLUMN 1 + | |
| SUBTOTAL OF COLUMN 1 | $ | TOTAL OUTSTANDING CHECKS AND DEBITS | $ |

**STEP 5** | **Enter** on this line **the Ending Balance** shown in the summary on the front of this statement. $

**STEP 6** | **Enter the total of any deposits or other credits** shown on your register which are not shown on this statement. $

**STEP 7** | **Enter the total of STEPS 5 & 6.** $

**STEP 8** | **Enter TOTAL OUTSTANDING CHECKS & DEBITS** (from **STEP 4**). $

**STEP 9** | **Subtract STEP 8 from STEP 7** and enter the difference here. $

This amount should be your current account balance.

If you have questions, think your statement is incorrect, or for information regarding Treasury Management Services, please contact your M&T Relationship Manager or the Commercial Service Team at 1-800-724-2240, Monday through Friday, 8am - 6pm ET.


M&T Bank

L018 (11/16)  ©2016 M&T Bank. Member FDIC.



| | ACCOUNT TYPE | |
|---|---|---|
| | **M&T MARKET ADVANTAGE FOR BUSINESS** | |
| **ACCOUNT NUMBER** | | **STATEMENT PERIOD** |
| 7148 | | DEC.01-DEC.31,2023 |
| **BEGINNING BALANCE** | | $45,138.90 |
| **DEPOSITS & CREDITS** | | 0.00 |
| **LESS CHECKS & DEBITS** | | 0.00 |
| **INTEREST** | | 172.84 |
| **LESS SERVICE CHARGES** | | 0.00 |
| **ENDING BALANCE** | | $45,311.74 |

**FOR INQUIRIES CALL:** NORTH HAGERSTOWN OFFICE
(301) 797-2061

00   0 06818M NM  017

000000                                          P

**ESTYA GROUP LLC**

INTEREST PAID YEAR TO DATE         $311.74

### ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 12/01/2023 | BEGINNING BALANCE | | | $45,138.90 |
| 12/29/2023 | INTEREST PAYMENT | $172.84 | | 45,311.74 |
| | ENDING BALANCE | | | $45,311.74 |

### INTEREST RATE HISTORY

| INTEREST RATE | BEGINNING DATE | ENDING DATE |
|---|---|---|
| 4.50% | 11/30/2023 | 12/31/2023 |

EFFECTIVE JANUARY 1,2024, TREASURY MANAGEMENT AND COMMERCIAL DEPOSIT SERVICES PRICING IS CHANGING. VISIT MTB.COM/BBUPDATE2024 FOR DETAILS. YOU'LL ALSO RECEIVE AN INSERT WITH THE CHANGES IN YOUR NEXT STATEMENT OR IN A SEPARATE MAILING.

PAGE 1 OF 2

Case 4:23-bk-00487-MJC    Doc 92    Filed 02/01/24    Entered 02/01/24 14:00:03    Desc
Main Document    Page 12 of 13

GTR WASHINGTON COMMERCIAL BANK
7799 LEESBURG PIKE SUITE 600 NORTH TOWER

# HOW TO BALANCE YOUR M&T BANK ACCOUNT

## TO BALANCE YOUR ACCOUNT WITH THIS STATEMENT COMPLETE STEPS 1, 2, & 3.

**STEP 1** — **Place a checkmark (✔)** beside each item listed on this statement which has a corresponding entry in your register.
Also place a checkmark next to the item in your register.

**STEP 2** — **Add** to your register:
(a) Any deposits and other credits shown on this statement which you have not already entered.
(b) Any interest this statement shows credited to your account.

**STEP 3** — **Subtract** from your register:
(a) Any checks or other withdrawals shown on this statement which you did not enter into your register.
(b) Any automatic loan payments or ATM or other electronic debits shown on this statement which you have not already subtracted.
(c) Any service charges shown on this statement which you have not already subtracted.

## TO DETERMINE THE CURRENT BALANCE IN YOUR ACCOUNT:

**STEP 4** — **List** any outstanding checks or debits written in your register, but not yet appearing on your statement.

| OUTSTANDING CHECKS AND OTHER DEBITS | |
|---|---|
| NUMBER | AMOUNT |
| 1 | $ |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| SUBTOTAL OF COLUMN 1 | $ |

| OUTSTANDING CHECKS AND OTHER DEBITS | |
|---|---|
| NUMBER | AMOUNT |
| 13 | $ |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| SUBTOTAL OF COLUMN 2 | |
| SUBTOTAL OF COLUMN 1 + | |
| TOTAL OUTSTANDING CHECKS AND DEBITS | $ |

**STEP 5** — **Enter** on this line **the Ending Balance** shown in the summary on the front of this statement. $

**STEP 6** — **Enter the total of any deposits or other credits** shown on your register which are not shown on this statement. $

**STEP 7** — **Enter the total of STEPS 5 & 6.** $

**STEP 8** — **Enter TOTAL OUTSTANDING CHECKS & DEBITS** (from **STEP 4**). $

**STEP 9** — **Subtract STEP 8 from STEP 7** and enter the difference here. $

This amount should be your current account balance.

If you have questions, think your statement is incorrect, or for information regarding Treasury Management Services, please contact your M&T Relationship Manager or the Commercial Service Team at 1-800-724-2240, Monday through Friday, 8am - 6pm ET.


M&T Bank

L018 (11/16)   ©2016 M&T Bank. Member FDIC.