IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | CHAPTER 11 |
| SRINATH DHARMAPADAM | : | |
| PURVI SRINATH DHARMAPADAM | : | CASE NO. 4:23-bk-00487 MJC |
| | : | |
| DEBTORS | : | |
| | : | |
| ANDREW R. VARA, | : | |
| UNITED STATES TRUSTEE | : | |
| MOVANT | : | |
| | : | |
| v. | : | |
| | : | |
| SRINATH DHARMAPADAM | : | |
| PURVI SRINATH DHARMAPADAM | : | |
| RESPONDENTS | : | |

## CONCURRED-IN WITHDRAWAL OF THE UNITED STATES TRUSTEE'S MOTION TO CONVERT CHAPTER 11 CASE TO CHAPTER 7, OR IN THE ALTERNATIVE, TO DISMISS THE CHAPTER 11 CASE

Please withdraw the United States Trustee's Motion to Convert Chapter 11 Case to Chapter 7 or, in the Alternative, to Dismiss the Chapter 11 Case filed on January 24, 2024, at Docket Entry Number 87. **Debtors' counsel concurs in the withdrawal of the Motion.**

Respectfully submitted,

ANDREW R. VARA
UNITED STATES TRUSTEE

D. Troy Sellars
Assistant United States Trustee

By: /s/ Joseph P. Schalk
Joseph P. Schalk, Esq.
PA ID 91656
Office of the United States Trustee
1501 N. 6th Street, Box 302
Harrisburg, PA 17102
Tel.: (717) 221-4515/ Fax: (717) 221-4554
Email: Joseph.Schalk@usdoj.gov

Dated: February 5, 2024