# LOCAL BANKRUPTCY FORM 3018-1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

SRINATH DHARMAPADAM
PURVI SRINATH DHARMAPADAM
aka PURVI P. TIJORIWALA

: CHAPTER 11

: CASE NO. 4 - 23 -bk- 00487-MJC

          **Debtor(s)** :

## SECTION 1126 BALLOT REPORT FORM

| | # BALLOTS CAST | # ACCEPTING | # REJECTING | $ ACCEPTING | $ REJECTING | CLASS ACCEPTING | CLASS REJECTING |
|---|---|---|---|---|---|---|---|
| CLASS I | 0 | | | | | | |
| CLASS II | 0 | | | | | | |
| CLASS III | 0 | | | | | | |
| CLASS IV | 0 | | | | | | |
| CLASS V | 3 | 3 | 0 | $17,150.15 | 0 | X | |

The following classes are impaired: 4 & 5 .

Copies of all ballots not accepted are attached. An explanation of why the ballots were rejected, if applicable, is attached.

| PLAN ACCEPTED | YES ✓ | NO ☐ |
|---|---|---|

The foregoing Report is accurate and complete.

Dated: 2/13/24



Counsel for Plan Proponent

Acceptance or Rejection of the Plan

The undersigned, the holder of a Class [   ] claim against the Debtors in the unpaid amount of

[$ _2354.00_ ]:

Check one box only:

[X] ⇒ **Accepts the Plan**

[ ] ⇒ **Rejects the Plan**

Dated: _____

Print or type name: _Justin K. Houser (Coploff, Ryan & Houser)_

Signature: _Justin K Houser_

Address: _136 E. Water Street_

_Lock Haven PA 17745_

_____

*********************************************************************************

Return this ballot to:

   Gary J. Imblum, Esquire
   Imblum Law Offices, P.C.
   4615 Derry Street
   Harrisburg, PA 17111

**BALLOT MUST BE RECEIVED AT THE ABOVE ADDRESS ON OR BEFORE**
**Monday, February 5, 2024**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CASE NO. 4:23-bk-00487-MJC |
| SRINATH DHARMAPADAM | : | |
| PURVI SRINATH DHARMAPADAM | : | CHAPTER 11, Subchapter V |
| aka PURVI P. TIJORIWALA | : | |
| Debtors | : | |

### BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

Srinath Dharmapadam and Purvi Srinath Dharmapadam has filed a Subchapter V, Chapter 11 Second Amended Plan of reorganization dated January 8, 2024 (the Second Amended Plan) as the Debtors in this case.

You should review the Second Amended Plan before you vote. You may wish to seek legal advice concerning the Second Amended Plan and your classification and treatment under the Second Amended Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote. Your claim has been placed into one or more of the following classes:

| | |
|---|---|
| Class 1. | Administrative Expense Claims |
| Class 2. | Priority Tax Claim of the IRS |
| Class 3. | Secured Claim of PHH Mortgage |
| Class 4. | Unsecured Claims secured by assets of related entitles |
| Class 5. | General Unsecured Claims |

If your ballot is not received by Gary J. Imblum, Esquire, Imblum Law Offices, P.C., 4615 Derry Street, Harrisburg, PA 17111, (717) 238-5250 on or before <u>Monday, February 5, 2024</u>, and such deadline is not extended, your vote will not count as an acceptance or rejection of the Second Amended Plan.

If the Second Amended Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

[Remainder of page intentionally left blank]

Acceptance or Rejection of the Plan

The undersigned, the holder of a Class [ 5 ] claim against the Debtors in the unpaid amount of

[$ 8,069.15          ]:  Account Ending: 2005

Check one box only:

[X] ➾ **Accepts the Plan**

[ ] ➾ **Rejects the Plan**

Dated:  January 29, 2024

Print or type name:     American Express National Bank

Signature:  _Dawn S. Osman_

Dawn S. Osman for Kenneth W. Kleppinger, Attorney/Agent for creditor

Address:     c/o Becket & Lee LLP

PO Box 3001

Malvern, PA 19355

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Return this ballot to:

Gary J. Imblum, Esquire
Imblum Law Offices, P.C.
4615 Derry Street
Harrisburg, PA 17111

**BALLOT MUST BE RECEIVED AT THE ABOVE ADDRESS ON OR BEFORE**
**Monday, February 5, 2024**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CASE NO. 4:23-bk-00487-MJC |
| SRINATH DHARMAPADAM | : | |
| PURVI SRINATH DHARMAPADAM | : | CHAPTER 11, Subchapter V |
| aka PURVI P. TIJORIWALA | : | |
| Debtors | : | |

### BALLOT FOR ACCEPTING OR REJECTING PLAN OF REORGANIZATION

Srinath Dharmapadam and Purvi Srinath Dharmapadam has filed a Subchapter V, Chapter 11 Second Amended Plan of reorganization dated January 8, 2024 (the Second Amended Plan) as the Debtors in this case.

You should review the Second Amended Plan before you vote. You may wish to seek legal advice concerning the Second Amended Plan and your classification and treatment under the Second Amended Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote. Your claim has been placed into one or more of the following classes:

| | |
|---|---|
| Class 1. | Administrative Expense Claims |
| Class 2. | Priority Tax Claim of the IRS |
| Class 3. | Secured Claim of PHH Mortgage |
| Class 4. | Unsecured Claims secured by assets of related entitles |
| Class 5. | General Unsecured Claims |

If your ballot is not received by Gary J. Imblum, Esquire, Imblum Law Offices, P.C., 4615 Derry Street, Harrisburg, PA 17111, (717) 238-5250 on or before <u>Monday, February 5, 2024</u>, and such deadline is not extended, your vote will not count as an acceptance or rejection of the Second Amended Plan.

If the Second Amended Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

[Remainder of page intentionally left blank]

Acceptance or Rejection of the Plan

The undersigned, the holder of a Class [6] claim against the Debtors in the unpaid amount of

[$ 3,504.¹²     ]:

Check one box only:

[✗] Accepts the Plan

[ ] Rejects the Plan

Dated: _Jan 29, 2024_

Print or type name: _B. Leighton Bost / Navitas Credit Corp_

Signature: _[signature]_

Address: _Navitas Credit Corp_
_201 Executive Center Dr. Suite 100_
_Columbia, SC 29210_

*************************************************************************

Return this ballot to:

   Gary J. Imblum, Esquire
   Imblum Law Offices, P.C.
   4615 Derry Street
   Harrisburg, PA 17111

**BALLOT MUST BE RECEIVED AT THE ABOVE ADDRESS ON OR BEFORE**
**Monday, February 5, 2024**

Acceptance or Rejection of the Plan

The undersigned, the holder of a Class [5] claim against the Debtors in the unpaid amount of

[$ _3,222.83_ ]:

Check one box only:

[X] Accepts the Plan

[ ] Rejects the Plan

Dated: _Jan. 29, 2024_

Print or type name: _B. Leighton Bost / Navitas Credit Corp_

Signature: _____

Address: _Navitas Credit Corp_

_201 Executive Center Dr. Suite 100_

_Columbia, SC 29210_

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Return this ballot to:

Gary J. Imblum, Esquire
Imblum Law Offices, P.C.
4615 Derry Street
Harrisburg, PA 17111

**BALLOT MUST BE RECEIVED AT THE ABOVE ADDRESS ON OR BEFORE**
**Monday, February 5, 2024**