# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Srinath Dharmapadam<br>Purvi Srinath Dharmapadam a/k/a Purvi P. Tijoriwala<br>Debtors<br><br>PHH MORTGAGE CORPORATION, its successors and/or assignees<br>Movant<br>vs.<br><br>Srinath Dharmapadam<br>Purvi Srinath Dharmapadam a/k/a Purvi P. Tijoriwala<br>Debtors<br><br>Lisa Ann Rynard<br>Trustee | CHAPTER 11<br><br>NO. 23-00487 MJC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of PHH MORTGAGE CORPORATION, which was filed with the Court on or about February 12, 2024.

Dated: February 26, 2024

                                                   Respectfully submitted,

                                                   /s/Michael P. Farrington
                                                   Michael P. Farrington, Esq.
                                                   KML Law Group, P.C.
                                                   BNY Mellon Independence Center
                                                   701 Market Street, Suite 5000
                                                   Philadelphia, PA  19106
                                                   Phone: (215) 627-1322
                                                   mfarrington@kmllawgroup.com