Form 3150S (12/15)

# United States Bankruptcy Court
## Middle District of Pennsylvania

In re: **Srinath Dharmapadam**
**Purvi Srinath Dharmapadam**
**AKA Purvi P. Tijoriwala**
Debtors

Address: **19010 Maple Valley Circle**
**Hagerstown, MD 21742**

Case No. **4:23-bk-00487**

Chapter **11**
(Subchapter V)

Last four digits of Social-Security or Individual Taxpayer-Identification (ITIN) No(s).,(if any): **xxx-xx-6760 & xxx-xx-4214**

Employer's Tax-Identification (EIN) No(s). (if any): _____

## ORDER CONFIRMING PLAN

The Plan under chapter 11 of the Bankruptcy Code filed by **counsel for Debtors, Gary J. Imblum, Esquire**, on **January 8, 2024**; and

It having been determined after notice and a hearing that the requirements for confirmation set forth in 11 U.S.C. § 1191(b) have been satisfied;

IT IS ORDERED that:

The Second Amended Plan filed by **counsel for Debtors, Gary J. Imblum, Esquire**, on **January 8, 2024**, is confirmed.

A copy of the confirmed Plan is attached.