| | |
|---|---|
| In re: | Case No. 23-00487-MJC |
| Srinath Dharmapadam | Chapter 11 |
| Purvi Srinath Dharmapadam | |
|     Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0314-4      User: AutoDocke      Page 1 of 3
Date Rcvd: Feb 28, 2024      Form ID: pdf010      Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Srinath Dharmapadam, Purvi Srinath Dharmapadam, 19010 Maple Valley Circle, Hagerstown, MD 21742-2210 |
| cr | + | Small Business Administration, Parkview tower, 1150 first Avenue, Suite 1001, King of Prussia, PA 19406-1393 |
| 5526552 | + | Balagan Arumugaswamy, 12100 Franklin Street, Beltsville, MD 20705-1174 |
| 5529156 | + | Coploff, Ryan & Houser, 136 East Water Street, P.O. Box 389, Lock Haven, PA 17745-0389 |
| 5526555 | + | Estya Group, LLC, 19010 Maple Valley Circle, Hagerstown, MD 21742-2210 |
| 5526556 | | Finnegan's Sports Bar, Inc., 19010 Maple Valley Circle, Hagerstown, MD 21742-2210 |
| 5526557 | + | Great American Capital Group, 14209 Carol Way, Suite 101, Newark, TX 76071-8932 |
| 5526558 | + | John Caleb Bee, Esquire, 811 University Drive, State College, PA 16801-6624 |
| 5526559 | + | Justin Houser, Esquire, Coploff, Ryan & Houser, 136 East Water Street - PO Box 389, Lock Haven, PA 17745-0389 |
| 5526560 | | Milesburg Hospitality, LLC, 19010 Maple Valley Circle, Hagerstown, MD 21742-2210 |
| 5526561 | + | Miller, Kistler & Campbell, 720 South Atherton Street, Suite 201, State College, PA 16801-4669 |
| 5537588 | + | PHH Mortgage Corp, c/o Brian C Nicholas Esq, BNY Mellon Independence Center, 701 Market St Ste 5000, Philadelphia, PA 19106-1541 |
| 5548503 | + | Small Business Administration An Agency of the Un, 660 American Ave, Suite 301, King of Prussia, PA 19406-4032 |
| 5526564 | + | Sreedhar Nooli, 20239 Kentucky Oaks Court, Ashburn, VA 20147-3167 |
| 5526565 | | Srivigna Management, Inc., 19010 Maple Valley Circle, Hagerstown MD 21742-2210 |
| 5526566 | + | Sunil Chanchala, 11 Danielle Lane, Monroe Township, NJ 08831-5331 |
| 5547269 | + | West Town Bank & Trust, c/o John W Lhota Esq, 720 South Atherton St Ste 201, State College, PA 16801-4669 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: mcrawford@westtownbank.com | Feb 28 2024 18:48:00 | West Town Bank & Trust, 8450 Falls Neuse Road, Suite 202, Raleigh, NC 27615-3549 |
| 5548373 | | Email/PDF: bncnotices@becket-lee.com | Feb 28 2024 19:03:59 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5526554 | | Email/Text: Bankruptcymail@marylandtaxes.gov | Feb 28 2024 18:48:00 | Comptroller of Maryland, Revenue Admin Ctr, 110 Carroll Street, Annapolis, MD 21411 |
| 5526550 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 28 2024 18:48:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5526553 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 28 2024 18:53:40 | Chase Card Services, Attn: Bankruptcy, PO 15298, Wilmington, DE 19850 |
| 5532150 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Feb 28 2024 18:48:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5537968 | | Email/Text: ServicingAdmin@navitascredit.com | Feb 28 2024 18:48:00 | Navitas Credit Corp., 201 Executive Center Dr. Suite 100, Columbia, SC 29210 |
| 5526551 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 28 2024 18:48:00 | PA Dept of Revenue, Attn: Bankruptcy Division, Dept 280946, Harrisburg, PA 17128-0946 |
| 5526562 | + | Email/Text: BKEBN-Notifications@ocwen.com | Feb 28 2024 18:48:00 | PHH Mortgage, Attn: Bankruptcy, PO Box 5452, Mount Laurel, NJ 08054-5452 |

| | | | | |
|---|---|---|---|---|
| 5532483 | | Email/Text: BKEBN-Notifications@ocwen.com | | |
| | | | Feb 28 2024 18:48:00 | PHH Mortgage Corporation, Attn: Bankruptcy Department, PO Box 24605, West Palm Beach, FL 33416-4605 |
| 5529047 | + | Email/Text: ecfbnc@aldridgepite.com | | |
| | | | Feb 28 2024 18:48:00 | PHH Mortgage Corporation, c/o Jesse A.P. Baker, ALDRIDGE PITE, LLP, 8880 Rio San Diego Drive, Suite 725, San Diego, CA 92108-1619 |
| 5526563 | + | Email/Text: bankruptcynotices@sba.gov | | |
| | | | Feb 28 2024 18:48:00 | Small Business Administration, United States Government, PO Box 3918, Portland, OR 97208-3918 |
| 5526567 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | | Feb 28 2024 18:48:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Drive, Suite 550, Weldon Springs, MO 63304-2225 |
| 5526568 | + | Email/Text: mcrawford@westtownbank.com | | |
| | | | Feb 28 2024 18:48:00 | West Town Bank & Trust, 7820 West 26th Street, Riverside, IL 60546-1599 |

TOTAL: 14

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| cr | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| 5551295 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5548447 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5548510 | *+ | Small Business Administration, An Agency of the Un, 660 American Avenue, Suite 301, King of Prussia, PA 19406-4032 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2024　　　　　　　　　　Signature:　　　/s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 28, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Gary J Imblum | |
| | on behalf of Debtor 1 Srinath Dharmapadam gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Gary J Imblum | |
| | on behalf of Debtor 2 Purvi Srinath Dharmapadam gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| John William Lhota | |
| | on behalf of Creditor West Town Bank & Trust JLhota@mkclaw.com |

| Name | Details |
|---|---|
| Joseph P Schalk | on behalf of Asst. U.S. Trustee United States Trustee joseph.schalk@usdoj.gov ustpregion03.ha.ecf@usdoj.gov |
| Lisa Ann Rynard | larynard@larynardlaw.com aburd@pkh.com,PA88@ecfcbis.com |
| Lisa M. Doran | on behalf of Creditor American Express National Bank ldoran@dorananddoran.com LDoran@jubileebk.net |
| Michael Patrick Farrington | on behalf of Creditor PHH Mortgage Corporation mfarrington@kmllawgroup.com |
| Suzanne P. Conaboy | on behalf of Creditor Small Business Administration Suzanne.Scanlon@usdoj.gov bethany.a.haase@usdoj.gov |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 9

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Srinath Dharmapadam, | : | Case No. 4:23-00487-MJC |
| Purvi Srinath Dharmapadam, | : | |
| | : | |
| Debtors. | : | |

## ORDER CONFIRMING THE DEBTORS' SECOND AMENDED CHAPTER 11 SUBCHAPTER V PLAN

This matter having come before the Court on February 27, 2024 upon the request of Srinath Dharmapadam and Purvi Srinath Dharmapadam ("Debtors") for confirmation of the Second Amended Chapter 11 Subchapter V Plan ("Plan") filed on January 8, 2024, Dkt. #82, and the Court having considered the evidence presented at the hearing as well as the record of this case, including: (i) the proffer of Debtors' counsel; (ii) the absence of any timely filed objections to the Plan that were not previously resolved by Agreement, and (iii) proper notice of the hearing having been provided as certified by Debtors' counsel, the Court finds and concludes that the Plan satisfies the relevant provisions of 11 U.S.C. §1191(b), being a non-consensual Plan, including the relevant provisions of §1129(a).

Accordingly, it is **ORDERED** that the Plan is confirmed under 11 U.S.C. §1191(b).

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: February 27, 2024