| Fill in this information to identify the case: | |
|---|---|
| Debtor Name: Srinath Dharmapadam & Purvi Dharmapadam | |
| United States Bankruptcy Court for the: Middle District of Pennsylvania | |
| Case number: 4:23-bk-00487 | ☐ Check if this is an amended filing |

Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11  12/17

Month: January 2024  Date report filed: 03/04/2024 (MM/DD/YYYY)

Line of business: Independent Contractor  NAISC code: 541600

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: Srinath Dharmapadam
Original signature of responsible party: /s/
Printed name of responsible party: Srinath Dharmapadam

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |

If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.

| # | Question | Yes | No | N/A |
|---|---|---|---|---|
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Srinath Dharmapadam & Purvi Dharmapadam        Case number 4:23-bk-00487

17. Have you paid any bills you owed before you filed bankruptcy?   ☐ ☑ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?   ☐ ☑ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

    $ 96,426.39

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.   $ 9,404.29

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.   – $ 4,809.70

22. **Net cash flow**

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

    + $ 4,594.59

23. **Cash on hand at the end of the month**

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    = $ 101,020.98

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**   $ 0.00

    *(Exhibit E)*

### 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. Total receivables                                                                                     $ _____ 0.00

    *(Exhibit F)*

### 5. Employees

26. What was the number of employees when the case was filed?                                  _____ 0
27. What is the number of employees as of the date of this monthly report?                     _____ 0

### 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?    $ _____ 0.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ _____ 391.00
30. How much have you paid this month in other professional fees?                              $ _____ 0.00
31. How much have you paid in total other professional fees since filing the case?             $ _____ 391.00

### 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|   | Column A<br>**Projected**<br>Copy lines 35-37 from the previous month's report. | | Column B<br>**Actual**<br>Copy lines 20-22 of this report. | | Column C<br>**Difference**<br>Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 9,230.80 | − | $ 9,404.29 | = | $ - 173.49 |
| 33. **Cash disbursements** | $ 3,200.00 | − | $ 4,809.70 | = | $ - 1,609.70 |
| 34. **Net cash flow** | $ 6,030.80 | − | $ 4,594.59 | = | $ 1,436.21 |

35. Total projected cash receipts for the next month:                                          $ _____ 9,230.80
36. Total projected cash disbursements for the next month:                                   - $ _____ 3,200.00
37. Total projected net cash flow for the next month:                                        = $ _____ 6,030.80

Debtor Name Srinath Dharmapadam & Purvi Dharmapadam    Case number 4:23-bk-00487

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- [x] 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- [ ] 39. Bank reconciliation reports for each account.
- [ ] 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- [ ] 41. Budget, projection, or forecast reports.
- [ ] 42. Project, job costing, or work-in-progress reports.

*Case No. 4:23-bk-00487*

| Type | Date | Name | Amount |
|---|---|---|---|
| **Total Income** | | | |
| **1099 Income** | | | |
| Deposit | 05-Jan-24 | Niche Polymer LLC | $ 1,153.85 |
| Deposit | 12-Jan-24 | Niche Polymer LLC | $ 1,153.85 |
| Deposit | 19-Jan-24 | Niche Polymer LLC | $ 1,153.85 |
| Deposit | 26-Jan-24 | Niche Polymer LLC | $ 1,153.85 |
| | | Total 1099 Income | $ 4,615.40 |
| | | **Estya Group LLC** | |
| Deposit | 05-Jan-24 | Niche Polymer LLC | $ 1,153.85 |
| Deposit | 12-Jan-24 | Niche Polymer LLC | $ 1,153.85 |
| Deposit | 19-Jan-24 | Niche Polymer LLC | $ 1,153.85 |
| Deposit | 26-Jan-24 | Niche Polymer LLC | $ 1,153.85 |
| Deposit | 29-Dec-23 | Interest | $ 173.49 |
| Deposit | | | |
| | | **Total Estya Income** | $ 4,788.89 |
| | | **Total Cash Inflow December 2023** | $ 9,404.29 |

# Purvi & Srinath Chapter 11 Accounting
## Exhibit D Form 425 C Case No. 23-00487
### January 2024

| Type | Date | Num | Account | Amount |
|---|---|---|---|---:|
| **Amazon** | | | | |
| Check | 01/02/2024 | | Groceries | 87.76 |
| Deposit | 01/04/2024 | | Homeimprovement | -16.99 |
| Check | 01/04/2024 | | Homeimprovement | 57.34 |
| Check | 01/04/2024 | | Pet Expense | 60.39 |
| Bill | 01/09/2024 | | Pet Expense | 60.35 |
| Bill | 01/25/2024 | | Groceries | 32.96 |
| Bill | 01/29/2024 | | Misc | 50.00 |
| Total Amazon | | | | 331.81 |
| **Columbia Gas** | | | | |
| Bill | 01/24/2024 | | Gas | 190.66 |
| Total Columbia Gas | | | | 190.66 |
| **Connect By AMFAM** | | | | |
| Bill | 01/19/2024 | | Home Insurance | 1,331.00 |
| Total Connect By AMFAM | | | | 1,331.00 |
| **Costco** | | | | |
| Bill | 01/16/2024 | Membership | Membership | 120.00 |
| Bill | 01/16/2024 | | Groceries | 116.69 |
| Bill | 01/16/2024 | | Meals and Entertainment | 6.33 |
| Bill | 01/16/2024 | | Gas for Car & Maintenance | 30.70 |
| Total Costco | | | | 273.72 |
| **First Energy** | | | | |
| Bill | 01/09/2024 | | Electric | 70.24 |
| Total First Energy | | | | 70.24 |
| **Grease Monkey** | | | | |
| Bill | 01/16/2024 | | Gas for Car & Maintenance | 1,187.21 |
| Total Grease Monkey | | | | 1,187.21 |
| **Martins** | | | | |
| Check | 01/01/2024 | | Groceries | 12.20 |
| Check | 01/01/2024 | | Groceries | 7.99 |
| Bill | 01/08/2024 | | Groceries | 29.76 |
| Bill | 01/22/2024 | | Groceries | 4.50 |
| Total Martins | | | | 54.45 |
| **Mortgage** | | | | |
| Bill | 01/03/2024 | 010324 | Phh Mortgage | 979.43 |
| Total Mortgage | | | | 979.43 |
| **MTB Visa** | | | | |
| Bill | 01/08/2024 | Chipotle | Meals and Entertainment | 10.18 |

# Purvi & Srinath Chapter 11 Accounting
## Exhibit D Form 425 C Case No. 23-00487
### January 2024

| Type | Date | Num | Account | Amount |
|---|---|---|---|---|
| Bill | 01/22/2024 | Chipotle | Meals and Entertainment | 10.18 |
| Bill | 01/23/2024 | Asean Bistro | Meals and Entertainment | 9.49 |
| **Total MTB Visa** | | | | 29.85 |
| **Nationwide Pet Ins** | | | | |
| Deposit | 01/19/2024 | | Pet Expense | -166.90 |
| **Total Nationwide Pet Ins** | | | | -166.90 |
| **Patel Brothers** | | | | |
| Bill | 01/16/2024 | Desi Bazaar | Groceries | 90.79 |
| **Total Patel Brothers** | | | | 90.79 |
| **SamsClub** | | | | |
| Bill | 01/22/2024 | | Groceries | 101.55 |
| Bill | 01/29/2024 | | Groceries | 14.51 |
| Bill | 01/29/2024 | | Gas for Car & Maintenance | 33.89 |
| **Total SamsClub** | | | | 149.95 |
| **Sheetz** | | | | |
| Bill | 01/29/2024 | | Meals and Entertainment | 6.30 |
| **Total Sheetz** | | | | 6.30 |
| **T-Mobile** | | | | |
| Bill | 01/03/2024 | 010324 | Telephone & Internet | 157.83 |
| **Total T-Mobile** | | | | 157.83 |
| **Temu** | | | | |
| Check | 01/04/2024 | | Misc | 6.31 |
| Bill | 01/05/2024 | | Pet Expense | 23.26 |
| Deposit | 01/19/2024 | | Shoes | -12.18 |
| Bill | 01/25/2024 | | Toiletries & Cosmetics | 14.88 |
| **Total Temu** | | | | 32.27 |
| **Walmart** | | | | |
| Bill | 01/11/2024 | | Groceries | 51.09 |
| **Total Walmart** | | | | 51.09 |
| **Washington County, MD** | | | | |
| Check | 01/03/2024 | | Gas for Car & Maintenance | 40.00 |
| **Total Washington County, MD** | | | | 40.00 |
| **TOTAL** | | | | **4,809.70** |



| Date | Description | Debit (-) | Credit (+) | Balance |
|---|---|---|---|---|
| 01/16/2024 | PIN COSTCO WHSE #0330 FREDERICK | −$6.33 | | $32,665.53 |
| 01/16/2024 | COSTCO WHSE #0330 FREDERICK | −$116.69 | | $32,671.86 |
| 01/16/2024 | PIN COSTCO WHSE #0330 FREDERICK | −$120.00 | | $32,788.55 |
| 01/16/2024 | DESI BAZAAR COLUMBIA | −$90.79 | | $32,908.55 |
| 01/16/2024 | S0000382 GREASE MONKEY800-9355961 | −$1,187.21 | | $32,999.34 |
| 01/12/2024 | NICHE POLY DIR DEP | | $1,153.85 | $34,186.55 |
| 01/11/2024 | WAL-MART #1674 HAGERSTOWN | −$51.09 | | $33,032.70 |
| 01/09/2024 | FIRSTENERGY OPCO ACH | −$70.24 | | $33,083.79 |
| 01/09/2024 | VENMO *AMAZON SAN JOSE | −$60.35 | | $33,154.03 |
| 01/08/2024 | CHIPOTLE 1009 HAGERSTOWN | −$10.18 | | $33,214.38 |
| 01/08/2024 | MARTINS 6444 HAGERSTOWN | −$29.76 | | $33,224.56 |
| 01/08/2024 | TEMU.COM 130-248-0611 | −$23.26 | | $33,254.32 |
| 01/05/2024 | NICHE POLY DIR DEP | | $1,153.85 | $33,277.58 |
| 01/04/2024 | COMENITY APY F2 AUTO PAY | −$117.73 | | $32,123.73 |
| 01/04/2024 | TEMU.COM 130-248-0611 | −$6.31 | | $32,241.46 |
| 01/04/2024 | VENMO *AMAZON SAN JOSE | −$87.76 | | $32,247.77 |
| 01/04/2024 | RETURN-VENMO *AMAZON SAN JOSE | | $16.99 | $32,335.53 |
| 01/03/2024 | CHECK (View) | −$40.00 | | $32,318.54 |
| 01/03/2024 | MORTGAGE SERV CT MTG PAYMT | −$979.43 | | $32,358.54 |
| 01/03/2024 | T-MOBILE PCS SVC | −$157.83 | | $33,337.97 |
| 01/02/2024 | WWW.FLASHFOOD.COM HTTPSWWW.FLAS | −$7.99 | | $33,495.80 |
| 01/02/2024 | PIN MARTINS 6444 HAGERSTOWN | −$12.20 | | $33,503.79 |

Last login at 5:07 pm ET on Friday, February 2, 2024

Privacy Notice | Security Assurance | Digital Services Agreement | ESign Agreement | Accessibility | Site Map | mtb.com

MEMBER FDIC   Equal Housing Lender NMLS#381076   Entrust

©2024 M&T Bank. All Rights Reserved.



| | | ACCOUNT TYPE | |
|---|---|---|---|
| FOR INQUIRIES CALL: | BALD EAGLE | M&T SIMPLE CHECKING FOR BUSINESS | |
| | (570) 748-5391 | ACCOUNT NUMBER | STATEMENT PERIOD |
| | 00   0 04503M NM  017 | 1038 | 01/01/24 - 01/31/24 |

**ESTYA GROUP LLC**



| | |
|---|---|
| BEGINNING BALANCE | $14,496.85 |
| DEPOSITS & CREDITS | 4,615.40 |
| LESS CHECKS & DEBITS | 0.00 |
| LESS SERVICE CHARGES | 0.00 |
| ENDING BALANCE | $19,112.25 |

## ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 01/01/2024 | BEGINNING BALANCE | | | $14,496.85 |
| 01/05/2024 | NICHE POLY DIR DEP | $1,153.85 | | 15,650.70 |
| 01/12/2024 | NICHE POLY DIR DEP | 1,153.85 | | 16,804.55 |
| 01/19/2024 | NICHE POLY DIR DEP | 1,153.85 | | 17,958.40 |
| 01/26/2024 | NICHE POLY DIR DEP | 1,153.85 | | 19,112.25 |
| | NUMBER OF DEPOSITS/CHECKS PAID | 4 | 0 | |

PAGE 1 OF 2

MANUFACTURERS AND TRADERS TRUST COMPANY
ONE SOUTH MARKET SQUARE HARRISBURG, PA 17102

# HOW TO BALANCE YOUR M&T BANK ACCOUNT

## TO BALANCE YOUR ACCOUNT WITH THIS STATEMENT COMPLETE STEPS 1, 2, & 3.

**STEP 1** | **Place a checkmark (✔)** beside each item listed on this statement which has a corresponding entry in your register.
Also place a checkmark next to the item in your register.

**STEP 2** | **Add** to your register:
(a) Any deposits and other credits shown on this statement which you have not already entered.
(b) Any interest this statement shows credited to your account.

**STEP 3** | **Subtract** from your register:
(a) Any checks or other withdrawals shown on this statement which you did not enter into your register.
(b) Any automatic loan payments or ATM or other electronic debits shown on this statement which you have not already subtracted.
(c) Any service charges shown on this statement which you have not already subtracted.

## TO DETERMINE THE CURRENT BALANCE IN YOUR ACCOUNT:

**STEP 4** | **List** any outstanding checks or debits written in your register, but not yet appearing on your statement.

| OUTSTANDING CHECKS AND OTHER DEBITS | |
|---|---|
| NUMBER | AMOUNT |
| 1 | $ |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| SUBTOTAL OF COLUMN 1 | $ |

| OUTSTANDING CHECKS AND OTHER DEBITS | |
|---|---|
| NUMBER | AMOUNT |
| 13 | $ |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| SUBTOTAL OF COLUMN 2 | |
| SUBTOTAL OF COLUMN 1 + | |
| TOTAL OUTSTANDING CHECKS AND DEBITS | $ |

**STEP 5** | **Enter** on this line **the Ending Balance** shown in the summary on the front of this statement.
$

**STEP 6** | **Enter the total of any deposits or other credits** shown on your register which are not shown on this statement.
$

**STEP 7** | **Enter the total of STEPS 5 & 6.**
$

**STEP 8** | **Enter TOTAL OUTSTANDING CHECKS & DEBITS** (from **STEP 4**).
$

**STEP 9** | **Subtract STEP 8 from STEP 7** and enter the difference here.
$

This amount should be your current account balance.

If you have questions, think your statement is incorrect, or for information regarding Treasury Management Services, please contact your M&T Relationship Manager or the Commercial Service Team at 1-800-724-2240, Monday through Friday, 8am - 6pm ET.



M&T Bank

L018 (11/16)    ©2016 M&T Bank. Member FDIC.



**FOR INQUIRIES CALL:** NORTH HAGERSTOWN OFFICE
(301) 797-2061

00   0 06818M NM  017

000000                                    P

**ESTYA GROUP LLC**

| ACCOUNT TYPE | |
|---|---|
| M&T MARKET ADVANTAGE FOR BUSINESS | |
| **ACCOUNT NUMBER** | **STATEMENT PERIOD** |
| 7148 | JAN.01-JAN.31,2024 |
| **BEGINNING BALANCE** | $45,311.74 |
| **DEPOSITS & CREDITS** | 0.00 |
| **LESS CHECKS & DEBITS** | 0.00 |
| **INTEREST** | 173.49 |
| **LESS SERVICE CHARGES** | 0.00 |
| **ENDING BALANCE** | $45,485.23 |

INTEREST PAID YEAR TO DATE          $173.49

### ACCOUNT ACTIVITY

| POSTING DATE | TRANSACTION DESCRIPTION | DEPOSITS & OTHER CREDITS (+) | WITHDRAWALS & OTHER DEBITS (-) | DAILY BALANCE |
|---|---|---|---|---|
| 01/01/2024 | BEGINNING BALANCE | | | $45,311.74 |
| 01/31/2024 | INTEREST PAYMENT | $173.49 | | 45,485.23 |
| | ENDING BALANCE | | | $45,485.23 |

### INTEREST RATE HISTORY

| INTEREST RATE | BEGINNING DATE | ENDING DATE |
|---|---|---|
| 4.50% | 12/31/2023 | 01/31/2024 |

PAGE 1 OF 2



GTR WASHINGTON COMMERCIAL BANK
7799 LEESBURG PIKE SUITE 600 NORTH TOWER

# HOW TO BALANCE YOUR M&T BANK ACCOUNT

## TO BALANCE YOUR ACCOUNT WITH THIS STATEMENT COMPLETE STEPS 1, 2, & 3.

**STEP 1** | **Place a checkmark (✔)** beside each item listed on this statement which has a corresponding entry in your register.
Also place a checkmark next to the item in your register.

**STEP 2** | **Add** to your register:
(a) Any deposits and other credits shown on this statement which you have not already entered.
(b) Any interest this statement shows credited to your account.

**STEP 3** | **Subtract** from your register:
(a) Any checks or other withdrawals shown on this statement which you did not enter into your register.
(b) Any automatic loan payments or ATM or other electronic debits shown on this statement which you have not already subtracted.
(c) Any service charges shown on this statement which you have not already subtracted.

## TO DETERMINE THE CURRENT BALANCE IN YOUR ACCOUNT:

**STEP 4** | **List** any outstanding checks or debits written in your register, but not yet appearing on your statement.

| OUTSTANDING CHECKS AND OTHER DEBITS | |
|---|---|
| NUMBER | AMOUNT |
| 1 | $ |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| SUBTOTAL OF COLUMN 1 | $ |

| OUTSTANDING CHECKS AND OTHER DEBITS | |
|---|---|
| NUMBER | AMOUNT |
| 13 | $ |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| SUBTOTAL OF COLUMN 2 | |
| SUBTOTAL OF COLUMN 1 + | |
| TOTAL OUTSTANDING CHECKS AND DEBITS | $ |

**STEP 5** | **Enter** on this line **the Ending Balance** shown in the summary on the front of this statement.
$

**STEP 6** | **Enter the total of any deposits or other credits** shown on your register which are not shown on this statement.
$

**STEP 7** | **Enter the total of STEPS 5 & 6.**
$

**STEP 8** | **Enter TOTAL OUTSTANDING CHECKS & DEBITS** (from **STEP 4**).
$

**STEP 9** | **Subtract STEP 8 from STEP 7** and enter the difference here.
$

This amount should be your current account balance.

If you have questions, think your statement is incorrect, or for information regarding Treasury Management Services, please contact your M&T Relationship Manager or the Commercial Service Team at 1-800-724-2240, Monday through Friday, 8am - 6pm ET.



M&T Bank

L018 (11/16)                                                                 ©2016 M&T Bank. Member FDIC.