United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 23-00487-MJC
Srinath Dharmapadam  Chapter 11
Purvi Srinath Dharmapadam
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-4     User: AutoDocke     Page 1 of 3
Date Rcvd: Aug 13, 2025     Form ID: nthrgreq     Total Noticed: 31

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Srinath Dharmapadam, Purvi Srinath Dharmapadam, 19010 Maple Valley Circle, Hagerstown, MD 21742-2210 |
| cr | + | Small Business Administration, Parkview tower, 1150 first Avenue, Suite 1001, King of Prussia, PA 19406-1393 |
| 5526552 | + | Balagan Arumugaswamy, 12100 Franklin Street, Beltsville, MD 20705-1174 |
| 5529156 | + | Coploff, Ryan & Houser, 136 East Water Street, P.O. Box 389, Lock Haven, PA 17745-0389 |
| 5526555 | + | Estya Group, LLC, 19010 Maple Valley Circle, Hagerstown, MD 21742-2210 |
| 5526556 | | Finnegan's Sports Bar, Inc., 19010 Maple Valley Circle, Hagerstown, MD 21742-2210 |
| 5526557 | + | Great American Capital Group, 14209 Carol Way, Suite 101, Newark, TX 76071-8932 |
| 5526558 | + | John Caleb Bee, Esquire, 811 University Drive, State College, PA 16801-6624 |
| 5526559 | + | Justin Houser, Esquire, Coploff, Ryan & Houser, 136 East Water Street - PO Box 389, Lock Haven, PA 17745-0389 |
| 5526560 | | Milesburg Hospitality, LLC, 19010 Maple Valley Circle, Hagerstown, MD 21742-2210 |
| 5526561 | + | Miller, Kistler & Campbell, 720 South Atherton Street, Suite 201, State College, PA 16801-4669 |
| 5537588 | + | PHH Mortgage Corp, c/o Brian C Nicholas Esq, BNY Mellon Independence Center, 701 Market St Ste 5000, Philadelphia, PA 19106-1541 |
| 5526564 | + | Sreedhar Nooli, 20239 Kentucky Oaks Court, Ashburn, VA 20147-3167 |
| 5526565 | | Srivigna Management, Inc., 19010 Maple Valley Circle, Hagerstown MD 21742-2210 |
| 5526566 | + | Sunil Chanchala, 11 Danielle Lane, Monroe Township, NJ 08831-5331 |
| 5547269 | + | West Town Bank & Trust, c/o John W Lhota Esq, 720 South Atherton St Ste 201, State College, PA 16801-4669 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: mcrawford@westtownbank.com | Aug 13 2025 18:37:00 | West Town Bank & Trust, 8450 Falls Neuse Road, Suite 202, Raleigh, NC 27615-3549 |
| 5548373 | | Email/PDF: bncnotices@becket-lee.com | Aug 13 2025 18:44:44 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5526554 | | Email/Text: Bankruptcymail@marylandtaxes.gov | Aug 13 2025 18:37:00 | Comptroller of Maryland, Revenue Admin Ctr, 110 Carroll Street, Annapolis, MD 21411 |
| 5526553 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 13 2025 18:44:43 | Chase Card Services, Attn: Bankruptcy, PO 15298, Wilmington, DE 19850-5298 |
| 5526550 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 13 2025 18:37:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 5532150 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Aug 13 2025 18:37:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5537968 | | Email/Text: ServicingAdmin@navitascredit.com | Aug 13 2025 18:37:00 | Navitas Credit Corp., 201 Executive Center Dr. Suite 100, Columbia, SC 29210 |
| 5526551 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 13 2025 18:37:00 | PA Dept of Revenue, Attn: Bankruptcy Division, Dept 280946, Harrisburg, PA 17128-0946 |
| 5526562 | + | Email/Text: BKEBN-Notifications@ocwen.com | Aug 13 2025 18:37:00 | PHH Mortgage, Attn: Bankruptcy, PO Box 5452, Mount Laurel, NJ 08054-5452 |
| 5532483 | | Email/Text: BKEBN-Notifications@ocwen.com | | |

| Recip ID | | Notice Method | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| | | | Aug 13 2025 18:37:00 | PHH Mortgage Corporation, Attn: Bankruptcy Department, PO Box 24605, West Palm Beach, FL 33416-4605 |
| 5529047 | + | Email/Text: ecfbnc@aldridgepite.com | Aug 13 2025 18:37:00 | PHH Mortgage Corporation, c/o Jesse A.P. Baker, ALDRIDGE PITE, LLP, 8880 Rio San Diego Drive, Suite 725, San Diego, CA 92108-1619 |
| 5526563 | + | Email/Text: bankruptcynotices@sba.gov | Aug 13 2025 18:37:00 | Small Business Administration, United States Government, PO Box 3918, Portland, OR 97208-3918 |
| 5548503 | + | Email/Text: bankruptcynotices@sba.gov | Aug 13 2025 18:37:00 | Small Business Administration An Agency of the Un, 660 American Ave, Suite 301, King of Prussia, PA 19406-4032 |
| 5526567 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Aug 13 2025 18:37:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Drive, Suite 550, Weldon Springs, MO 63304-2225 |
| 5526568 | + | Email/Text: mcrawford@westtownbank.com | Aug 13 2025 18:37:00 | West Town Bank & Trust, 7820 West 26th Street, Riverside, IL 60546-1599 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| smg | * | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| cr | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| 5551295 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5548447 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5548510 | *+ | Small Business Administration, An Agency of the Un, 660 American Avenue, Suite 301, King of Prussia, PA 19406-4032 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 15, 2025        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2025 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Denise E. Carlon | on behalf of Creditor PHH Mortgage Corporation bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Gary J Imblum | on behalf of Debtor 1 Srinath Dharmapadam gary.imblum@imblumlaw.com gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com |
| Gary J Imblum | on behalf of Debtor 2 Purvi Srinath Dharmapadam gary.imblum@imblumlaw.com |

gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;bernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com;imblumgr82281@notify.bestcase.com

Jillian Hyman

on behalf of Creditor West Town Bank & Trust JLhota@mkclaw.com

Joseph P Schalk

on behalf of Asst. U.S. Trustee United States Trustee joseph.schalk@usdoj.gov ustpregion03.ha.ecf@usdoj.gov

Lisa Ann Rynard

larynard@larynardlaw.com PA88@ecfcbis.com

Lisa M. Doran

on behalf of Creditor American Express National Bank ldoran@dorananddoran.com LDoran@jubileebk.net

Suzanne P. Conaboy

on behalf of Creditor Small Business Administration Suzanne.Scanlon@usdoj.gov
bethany.a.haase@usdoj.gov;Ryann.Loftus@usdoj.gov

United States Trustee

ustpregion03.ha.ecf@usdoj.gov

TOTAL: 9

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Srinath Dharmapadam

**Debtor 1**

Purvi Srinath Dharmapadam
aka Purvi P. Tijoriwala

**Debtor 2**

Chapter: 11

Case number: 4:23−bk−00487−MJC

Document Number: 110

Matter: Motion to Modify Confirmed Plan

## Amended Notice

Notice is hereby given that:

This Bankruptcy Petition was filed on March 8, 2023.

A hearing on the above referenced matter has been scheduled for:

| | |
|---|---|
| **United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701** | Date: 9/9/25<br>Time: 10:00 AM |

Any objection/response to the above referenced matter must be filed and served on or before **August 27, 2025**.

Any objection/response filed will be heard at the above scheduled hearing.

Initial requests for a continuance of hearing *( L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>197 S Main St, Wilkes−Barre, PA 18701<br>570−831−2500 | **For the Court:**<br>Seth F. Eisenberg<br>Clerk of the Bankruptcy Court:<br>By: ToniaWilson, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: August 13, 2025 |

nthrgreq(02/19)